IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| CUTTING EDGE MILLWORK, INC., | ) | Case No.: | 10-05971 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Manuel Barbosa |

### NOTICE OF FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE TRUSTEE AND FOR LIMITED NOTICE

To:    Attached Service List

PLEASE TAKE NOTICE THAT ON **Thursday, December 6, 2012 at 10:00 a.m.** or as soon thereafter as Counsel may be heard, I shall present before the Honorable Judge **Manuel Barbosa**, or any Judge sitting in his stead, in **Courtroom 250** of the **Kane County Courthouse, 100 S. Third Street, Geneva, Illinois** the Final Application for Allowance of Compensation and for Reimburesment of Expesnes as Special Counsel to the Trustee and Request for Limited Notice, at which time you may appear as you deem necessary.


Thomas E. Springer
SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC
Wheaton Executive Center
400 S. County Farm Road, Ste. 330
Wheaton, IL 60187                           /s/ Thomas E. Springer
630-510-0000                                Thomas E. Springer
tspringer@springerbrown.com                 One of His Attorneys


### CERTIFICATE OF SERVICE

I, Thomas E. Springer, an attorney, on oath state that I caused to be served this Notice and proposed Order by mailing and/or electronically serving where available a copy to all parties shown and depositing same in the U.S. Mail at 400 S. County Farm Road, Illinois before 5:45 p.m. on **November 13, 2012** with proper postage prepaid.


                                            /s/ Thomas E. Springer

## SERVICE LIST

**Via ECF Service:**

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604

David J. Frankel
Sorman & Frankel, Ltd.
203 N. LaSalle St., Ste. 2350
Chicago, IL 60601

**Via U.S. Mail Service:**

Woolf
8550 Ridgefield Rd
Crystal Lake, IL 60012

Cook County Lumber
200 E 130th Street
Chicago, IL 60628

Cutting Edge Millwork, Inc.
c/o Dan Glod
0 S. 295 Bealer Cr.
Geneva, IL 60134

Ford Motor Credit Company
P O Box 6275
Dearborn, MI 48121

Mark A Muench
10737 S Hoyne Ave
Chicago, IL 60643

Century Door & Lock Co., Ltd.
1301 Landmeier Rd.
Elk Grove, IL 60007

Mid Continent Cabinetry
3020 Denmark Ave
Suite 100
Eagan, MN 55121

Haas Cabinet Co., Inc.
625 West Utica Street
Sellersburg, IN 47172

Tapco Group
29797 Beck Road
Wixom, MI 48393-2834

Rayner & Rinn-Scott, Inc.
PO Box 362
Summit, IL 60501

Kent A. Gaertner
Springer, Brown, Covey, Gaertner &
Davis, LLC
400 S. County Farm Rd.
Ste 330
Wheaton, IL 60187

Christopher H. Purcell
Sherman & Sherman
120 S. LaSalle Street
Suite 1460
Chicago, IL 60603

Jeld-Wen, Inc
401 Harbor Isles Blvd
Klamath Falls, OR 97601

The Empire Company, Inc
Coface North America, Inc
50 Millstone Road
East Windsor, NJ 08520

Edmund Allen Lumber Company
PO Box 290
117 Industrial Drive
Momence, IL 60954

Deltana Enterprises Inc.
10820 NW 29th Street
Miami, FL 33172

Hafele America Company
PO Box 75352
Charlotte, NC 28275

Express Hardware
1203 S. Northwest Highway
Barrington, IL 60010

The Donas Group, Inc.
3550 West Salt Creek Ln. Ste 110
Arlington Heights, IL 60005

Northwoods Custom Builders Inc
415 Prides Run
Lake in the Hills, IL 60156

Massoth & Company
904 1/2 West Olive
Springfield, MO 65806

Amanda Nelson
636 S 3rd St
West Dundee, IL 60118

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL 60134

Carl F. Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL 60134

Ultra-Flex Mouldings, Inc.
PO Box 462830
Escondido, CA 92046

Woodmac Industries, Inc.
3233 Holeman Ave S
Chicago Heights, IL 60411

GreatAmerica Leasing Corp
POB 609
Cedar Rapids, IA 52406

Luba B Dyker
13N501 Chisholm Trail
Elgin, IL 60124-7920

Alexis C Seisser
415 Prides Run
Lake in the Hills, IL 60156

Owl Hardwood Lumber
926 S Graceland Ave
Rt 45
Des Plaines, IL 60016

Nelson Door Company
2245 CR 1500E
Arthur, IL 61911-6024

Weather Shield
PO Box 309
Medford, WI 54451-0309

Juan Carlos Salazar
112 Woodland Ct
Apt 3D
Carpentersville, IL 60110

Miguel A Lechuga
555 Wellington
Elgin, IL 60120

Hager Companies
139 Victor Street
St. Louis, MO 63104-3057

Marvin Windows and Doors
N.W. 7051
PO Box 1450
Minneapolis, MN 55485-7051

Kurt W Muench
1251 Ridge Rd
Homewood, IL 60430

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Pitney Bowes Inc
4901 Belfort Rd, Ste 120
Jacksonville FL 32256

Moulding & Millwork, Inc
2220 West Haven Avenue
New Lennox, IL 60451

Awsco
4301 N James H Mcgee Blvd
Dayton, OH 45417

Alan B Carter
900 S Lincoln Ave
Park Ridge, IL 60068

Amy Metzger
95 N Lincoln Ave
Carpentersville, IL 60110

Anthony M Sell
7N760 Sycamore Rd
St Charles, IL 60175

Piccione, Keeley & Associates, Ltd.
122C South County Farm Road
Wheaton, IL 60187

Illinois Department of
Employment Security
33 South State Street
Chicago, Illinois 60603
Attn: Bankruptcy Unit - 10th flr.

Jose M Avitia
41 Vine St
Elgin, IL 60123

Jay Rambo Co
8401 East 41 Street
Tulsa, OK 74145

Justin Puchalla
66 S Elmwood Dr
Aurora, IL 60506

Indiana Insurance Company
PO Box MS #147
Keene, NH 03431

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, Illinois 60664-0338

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter:     7 |
| | ) | |
| CUTTING EDGE MILLWORK, INC., | ) | Case No.:    10-05971 |
| | ) | |
| Debtor. | ) | Judge:  Hon. Manuel Barbosa |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE TRUSTEE AND FOR LIMITED NOTICE**

**Cover Sheet for Application for Professional Compensation**

Name of Applicant(s):     **Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC**

Authorized to Provide Professional Services to:     **Roy Safanda, Trustee of the Estate of Cutting Edge Millwork, Inc., Chapter 7 Bankruptcy No. 10-29031.**

Date of Order Authorizing Employment:     **September 29, 2011**

Period for which Compensation is Sought: **September 20, 2011 through November 6, 2012**

Amount of Fees Sought:                                   **$ 19,325.00**

Amount of Expense Reimbursement Sought:     **$     263.05**

This is an:     Interim Application ___          Final Application   X__

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is:$____-0-_____.

In re:  Cutting Edge Millwork, Inc.
Chapter 7 no. 10-05971
Cover Sheet for Application for Professional Compensation by Trustee's Special Counsel
(PAGE TWO of TWO)

Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Trustee:

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| Thomas E. Springer, Attorney | $375.00 | 4.5 | $ 1,687.50 |
| Elizabeth A. Bates, Attorney | $375.00 | 29.3 | $10,987.50 |
| Michele M. Springer, Attorney | $350.00 | 19.0 | $ 6,650.00 |
| | TOTALS | 52.8 | $19,325.00 |

A Summary and Total of Fee Application Categories is Attached hereto.

DATE: November 6, 2012        Respectfully Submitted,
                              APPLICANT
                              Roy Safanda, Trustee

                              BY: Springer, Brown, Covey, Gaertner & Davis, LLC


                              By:    /s/ Thomas E. Springer
                                     Thomas E. Springer
                                     One of His Attorneys


Thomas E. Springer
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
 (630) 510-0000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter:  7 |
| | ) | |
| CUTTING EDGE MILLWORK, INC., | ) | Case No.:  10-05971 |
| | ) | |
| Debtor. | ) | Judge:  Hon. Manuel Barbosa |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE TRUSTEE
AND REQUEST FOR LIMITED NOTICE**

**NOW COMES** Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC (herein "Applicant"), as duly authorized Special Counsel to the Trustee, Roy Safanda, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and Request for Limited Notice and in support hereof, states to the Court as follows:

**I.  INTRODUCTION**

This Application encompasses the time period from September 20, 2011 through preparation of Applicant's current Final Fee Application, November 6, 2012. The Application represents 52.80 hours of legal services provided to the Trustee.  Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses.  This Application seeks approval of legal fees in the amount of $19,325.00 and $263.05 for actual and necessary unreimbursed expenses.

The Debtor initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on February 16, 2010 and Roy Safanda

was appointed as the Chapter 7 Trustee herein. On September 29, 2011, this Court entered an Order authorizing the Trustee to retain Applicant as Special Counsel. The hourly rates of Applicant is competitive with the rates charged in this market by professionals with similar skills and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II.   CASE STATUS and NARRATIVE OF LEGAL SERVICES

The Debtor filed its Chapter 7 proceeding on February 16, 2010 and the Trustee reviewed the Debtor's books, records and bank statements for potential preference payments. The Trustee sent out preference demand letters to many creditors. In response, some creditors presented valid defenses and one, Creative Millwork, offered to settle the preference without further litigation. For those creditors who failed to respond or presented inadequate preference defenses, the Trustee employed Applicant as Special Counsel to handle said cases.

Applicant drafted seven preference adversary cases and all were filed on November 18, 2011 with the first status/return date of January 5, 2012. Prior to the first status date, Applicant settled two adversaries, Cook County Lumber and Woolf Distributing, pending Court approval, and received sufficient documents setting forth a valid preference defense from a third defendant, Moulding and Millwork. On December 7, 2011, Applicant received an Order from the Court dismissing the adversary against Moulding and Millwork. Applicant drafted two Motions for Compromises/Settlement and on February 23, 2012, the Court entered Orders approving said compromises.

Applicant settled a third adversary, pending Court approval, with Defendant Jay Rambo, for Defendant to make monthly installment payments. On April 5, 2012, the Court entered an Order approving said settlement/compromise. Applicant continued to negotiate with Defendants, Marvin Windows and Woodmac. Applicant reached a settlement with Woodmac, and on July

12, 2012, the Court entered an Order approving the compromise. Applicant reached a settlement with Marvin Windows and on August 16, 2012, the Court entered an Order approving the compromise.

The remaining Defendant, Nelson Door, failed to answer the complaint or otherwise plead and on April 16, 2012, Applicant filed a Motion for Default Judgment against Nelson Door. On May 3, 2012, the Court entered the Default Judgment. Because Nelson Door was located in Moultrie County, Applicant sought to retain special counsel in that area to pursue collection on the judgment. A few weeks after Special Counsel was retained in Moultrie County, Nelson Door offered to settle. On August 16, 2012, the Court entered an Order approving the compromise. Applicant collected a total of $55,600.00 in the above six adversary cases for the benefit of the estate and its creditors.

Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as Exhibit "A" attached as Exhibit "B" is an itemization of the reasonable and necessary expenses Applicant incurred. Applicant's request for reimbursement of expenses does not include any of the ordinary operating expenses of Applicant's practice of law. Applicant is requesting reimbursement of photocopy charges at the rate of 15¢ per copy. Applicant's expense request does not include any long distance telephone service charges.

Because of the large number of creditors in the Estate, and because the claims filing deadline has passed, the Trustee respectfully requests Notice of this Motion to be limited to the requisite parties in interest and to those creditors who have timely filed a proofs of claim in the Estate. The service list attached to this Motion reflects the limited service list as set forth herein.

WHEREFORE, Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $19,325.00 and reimbursement of actual and necessary

expenses in the amount of $263.05 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such compensation, for Limited Notice of the Motion pursuant to FRBP 2002and for any such other and further relief as this Court deems just and equitable.

DATE: November 6, 2012

                            Respectfully Submitted,
                            Thomas E. Springer, Applicant
                            Roy Safanda, Trustee

                            BY: Springer, Brown, Covey, Gaertner & Davis, LLC

                            By:____/s/ Thomas E. Springer_____
                                   Thomas E. Springer
                                   One of His Attorneys

Thomas E. Springer
Counsel to the Trustee, Roy A. Safanda
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
 (630) 510-0000