# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
CUTTING EDGE MILLWORK, INC.               §        Case No. 10-05971
                                          §
                    Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter   of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on            .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                 $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                 and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $            [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $          , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Roy Safanda_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)** *(Page: 2)*

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit A

| Case No: | 10-05971 | MB | Judge: Manuel Barbosa |
| Case Name: | CUTTING EDGE MILLWORK, INC. | | |

For Period Ending:  03/23/13

| Trustee Name: | Roy Safanda |
| Date Filed (f) or Converted (c): | 02/16/10 (f) |
| 341(a) Meeting Date: | 03/22/10 |
| Claims Bar Date: | 06/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Acct. | 41,097.85 | 0.00 | | 0.00 | FA |
| 2. Sec. Dep | 13,490.68 | 0.00 | | 0.00 | FA |
| 3. AR | 324,385.00 | 0.00 | | 0.00 | FA |
| 4. Loan | 70,688.85 | 0.00 | | 0.00 | FA |
| 5. Motor Vehicles | 80,000.00 | 50,000.00 | | 32,863.34 | FA |
| 6. Equip. | 42,000.00 | 0.00 | | 10,000.00 | FA |
| 7. Inventory | 45,000.00 | 0.00 | | 10,000.00 | FA |
| 8. Office Supp. | 8,000.00 | 0.00 | | 3,000.00 | FA |
| 9. Ins. Div(u) | 0.00 | 0.00 | | 28.08 | FA |
| 10. Adv. V. Comp. (u) | 0.00 | 0.00 | | 2,500.00 | FA |
| 11. Interest (u) | Unknown | N/A | | 1,945.06 | Unknown |
| 12. Avoid. Fraudulent Transfers (u) | 0.00 | 0.00 | | 70,538.80 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $624,662.38 | $50,000.00 | | $130,875.28 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Preference review commenced.

Initial Projected Date of Final Report (TFR): 01/01/12        Current Projected Date of Final Report (TFR): 01/01/13

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-05971  -MB |
| Case Name: | CUTTING EDGE MILLWORK, INC. |
| | |
| Taxpayer ID No: | *******2295 |
| For Period Ending: | 03/23/13 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Old Second National Bank |
| Account Number / CD #: | *******9774  Checking Account |
| Old Account #'s: | 1: *******9974    2: |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/21/10 | 9 | North Mut. | Ins. Div | 1123-000 | 17.58 | | 17.58 |
| 06/25/10 | 5 | Ford Credit | Sale of Auto | 1129-000 | 7,756.17 | | 7,773.75 |
| 07/06/10 | * NOTE * | Martin | Auction Proceeds | 1129-000 | 43,607.17 | | 51,380.92 |
| | | | * NOTE *  Properties 5, 6, 7, 8 | | | | |
| 07/06/10 | 000005 | Martin | Matin | 3610-000 | | 4,143.67 | 47,237.25 |
| 07/07/10 | | Old 2nd NB | Transfer to MM | 9999-000 | | 40,000.00 | 7,237.25 |
| 07/13/10 | 10 | Creative | Settle | 1149-000 | 2,500.00 | | 9,737.25 |
| 10/22/10 | 5 | Martin | Sale of Auto | 1129-000 | 4,500.00 | | 14,237.25 |
| 10/22/10 | 001001 | Martin | Comm. | 3610-000 | | 472.50 | 13,764.75 |
| 01/28/11 | 9 | North Mut. | Ins. Div. | 1123-000 | 10.50 | | 13,775.25 |
| 01/31/11 | 001002 | Assoc. Bk. | Subpeona Fee | 2990-000 | | 50.00 | 13,725.25 |
| * 02/09/11 | 001003 | Assoc. Bk. | Subpeona Fee | 2990-003 | | 300.00 | 13,425.25 |
| 02/16/11 | 001004 | Inter, Sure. | Bond Premium | 2300-000 | | 48.00 | 13,377.25 |
| * 02/25/11 | 001003 | Assoc. Bk. | Subpeona Fee | 2990-003 | | -300.00 | 13,677.25 |
| | | | Refund | | | | |
| 02/25/11 | 001005 | Assoc. Bk. | Subpeona Fee | 2990-000 | | 82.10 | 13,595.15 |
| 04/01/11 | | Transfer from Acct #*******0129 | Bank Funds Transfer | 9999-000 | 40,059.87 | | 53,655.02 |
| 04/14/11 | 001006 | The Estate of Cutting Edge Millwork | Transf. funds to Cap One | 9999-000 | | 53,655.02 | 0.00 |

| | Page Subtotals | 98,451.29 | 98,451.29 |
|---|---|---|---|

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*

Ver: 17.01

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit B

| | |
|---|---|
| Case No: | 10-05971  -MB |
| Case Name: | CUTTING EDGE MILLWORK, INC. |
| | |
| Taxpayer ID No: | *******2295 |
| For Period Ending: | 03/23/13 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Old Second National Bank |
| Account Number / CD #: | *******9774  Checking Account |
| Old Account #'s: | 1: *******9974    2: |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 98,451.29 | 98,451.29 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 40,059.87 | 93,655.02 | |
| | | | Subtotal | | 58,391.42 | 4,796.27 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 58,391.42 | 4,796.27 | |

Page Subtotals                                         0.00                0.00

Page:   3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-05971  -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | CUTTING EDGE MILLWORK, INC. | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******0129  Money Market Account |
| Taxpayer ID No: | *******2295 | | Old Account #'s: | 1: *******2295    2: |
| For Period Ending: | 03/23/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/07/10 | | Old 2nd NB | Transfer from Checking | 9999-000 | 40,000.00 | | 40,000.00 |
| 07/31/10 | 11 | Old Second National Bank | Interest | 1270-000 | 6.79 | | 40,006.79 |
| 08/03/10 | 11 | Old Second National Bank | Interest | 1270-000 | 6.58 | | 40,013.37 |
| 09/30/10 | 11 | Old Second National Bank | Interest | 1270-000 | 6.57 | | 40,019.94 |
| 10/31/10 | 11 | Old Second National Bank | Interest | 1270-000 | 6.80 | | 40,026.74 |
| 11/30/10 | 11 | Old Second National Bank | Interest | 1270-000 | 6.58 | | 40,033.32 |
| 12/31/10 | 11 | Old Second National Bank | Interest | 1270-000 | 6.80 | | 40,040.12 |
| 01/31/11 | 11 | Old Second National Bank | Interest | 1270-000 | 6.80 | | 40,046.92 |
| 02/28/11 | 11 | Old Second National Bank | Interest | 1270-000 | 6.15 | | 40,053.07 |
| 03/31/11 | 11 | Old Second National Bank | Interest | 1270-000 | 6.80 | | 40,059.87 |
| 04/01/11 | | Transfer to Acct #*******9774 | Bank Funds Transfer | 9999-000 | | 40,059.87 | 0.00 |

| | | | | COLUMN TOTALS | 40,059.87 | 40,059.87 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less:  Bank Transfers/CD's | 40,000.00 | 40,059.87 | |
| | | | | Subtotal | 59.87 | 0.00 | |
| | | | | Less:  Payments to Debtors | | 0.00 | |
| | | | | Net | 59.87 | 0.00 | |

Page Subtotals            40,059.87            40,059.87

Ver: 17.01

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit B

| Case No: | 10-05971  -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | CUTTING EDGE MILLWORK, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******5675  Checking Account |
| Taxpayer ID No: | *******2295 | | | |
| For Period Ending: | 03/23/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 5,652.37 | | 5,652.37 |
| 01/03/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 65,009.21 | | 70,661.58 |
| 01/15/13 | 12 | Jay Rambo Company  8401 E. 41St St.  Tulsa, OK  74145 | Prefernece Settlement | 1241-000 | 920.00 | | 71,581.58 |
| 01/26/13 | 010001 | Thomas E. Springer  Springer, Brown et al.  400 S. County Farm Rd., Ste. 300 | Special Counsel Comp and Expenses | 3210-000 | | 19,588.05 | 51,993.53 |
| 02/16/13 | 12 | Jay Rambo  8401 East 41st St.  Tulsa, OK  74145 | Avoid Fraud. Transfer | 1241-000 | 920.00 | | 52,913.53 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 84.82 | 52,828.71 |
| 03/09/13 | 12 | Jay Rambo Company  8401 E. 41St St.  Tulsa, OK  74145 | Avoid Fraud. Transfer | 1241-000 | 880.00 | | 53,708.71 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | 73,381.58 | 19,672.87 | 53,708.71 |
| Less: Bank Transfers/CD's | | 70,661.58 | 0.00 | |
| Subtotal | | 2,720.00 | 19,672.87 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 2,720.00 | 19,672.87 | |

Page Subtotals          73,381.58          19,672.87

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit B

Case No:  10-05971  -MB
Case Name:  CUTTING EDGE MILLWORK, INC.

Taxpayer ID No:  *******2295
For Period Ending:  03/23/13

Trustee Name:  Roy Safanda
Bank Name:  Capital One
Account Number / CD #:  *******7315  Money Market Account

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/11 | | The Estate of Cutting Edge Millwork | Transf. funds to Cap One | 9999-000 | 53,655.02 | | 53,655.02 |
| 05/31/11 | 11 | Capital One | Interest Rate  0.000 | 1270-000 | 6.04 | | 53,661.06 |
| 06/30/11 | 11 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 3.53 | | 53,664.59 |
| 07/29/11 | 11 | Capital One | Interest Rate  0.000 | 1270-000 | 3.65 | | 53,668.24 |
| 08/16/11 | | Transfer to Acct #*******7323 | Bank Funds Transfer | 9999-000 | | 10,000.00 | 43,668.24 |
| 08/31/11 | 11 | Capital One | Interest Rate  0.000 | 1270-000 | 2.88 | | 43,671.12 |
| 09/30/11 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 2.87 | | 43,673.99 |
| 10/17/11 | | Transfer to Acct #*******7323 | Bank Funds Transfer | 9999-000 | | 35,000.00 | 8,673.99 |
| 10/31/11 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 1.89 | | 8,675.88 |
| 11/21/11 | 000101 | Clerk of the US Bankruptcy Court | Adversary Filing Fees | 2700-000 | | 2,051.00 | 6,624.88 |
| 11/30/11 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 0.54 | | 6,625.42 |
| 12/30/11 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 0.45 | | 6,625.87 |
| 01/31/12 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 0.45 | | 6,626.32 |
| 02/29/12 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 0.42 | | 6,626.74 |
| 03/30/12 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 0.45 | | 6,627.19 |
| 04/12/12 | 12 | Jay Rambo Company 8401 E. 41st St. Tulsa, OK  74145 | Unscheduled Preferential Transfer | 1241-000 | 920.00 | | 7,547.19 |
| 04/30/12 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 0.46 | | 7,547.65 |
| 05/07/12 | 12 | Jay Rambo Company 8401 E. 41st Street Tulsa, OK  74145 | Preference Settlement | 1241-000 | 920.00 | | 8,467.65 |
| 05/31/12 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 0.56 | | 8,468.21 |
| 06/07/12 | 12 | Jay Rambo Company 8401 E. 41st St. Tulsa, OK  74145 | Preference Settlement | 1241-000 | 920.00 | | 9,388.21 |
| 06/29/12 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 0.60 | | 9,388.81 |
| 07/02/12 | 12 | Jay Rambo Company | Preference Settlement | 1241-000 | 920.00 | | 10,308.81 |

Page Subtotals          57,359.81          47,051.00

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

FORM 2

Page:   6

Exhibit B

| Case No: | 10-05971 -MB | | | Trustee Name: | Roy Safanda |
| Case Name: | CUTTING EDGE MILLWORK, INC. | | | Bank Name: | Capital One |
| | | | | Account Number / CD #: | *******7315  Money Market Account |
| Taxpayer ID No: | *******2295 | | | | |
| For Period Ending: | 03/23/13 | | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 8401 E. 41st St.<br>Tulsa, OK  74145 | | | | | |
| 07/18/12 | 12 | Woodmac Industries, Inc.<br>3233 Holemann Ave.<br>South Chicago, Heights, IL  60411 | Preference Settlement | 1241-000 | 1,000.00 | | 11,308.81 |
| 07/31/12 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 0.72 | | 11,309.53 |
| 08/01/12 | 12 | Jay Ramo Company<br>8401 E. 41st St.<br>Tulsa, OK  74145 | Preference Settlement | 1241-000 | 920.00 | | 12,229.53 |
| 08/06/12 | 12 | Marvin Windows & Doors<br>Marvin Lumber & Cedar Co.<br>Warroad, MN  56763-0100 | Preference Settlement | 1241-000 | 47,000.00 | | 59,229.53 |
| 08/20/12 | 12 | Nelson Door Company<br>Nelson or Ruth Diener<br>2245 County Rd., 1500 E<br>Arthur, IL  61911 | Preference Settlement | 1241-000 | 3,000.00 | | 62,229.53 |
| 08/31/12 | 12 | Jay Rambo Company<br>8401 East 41st St.<br>Tulsa, OK  74145 | Preference Settlement | 1241-000 | 920.00 | | 63,149.53 |
| 08/31/12 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 3.36 | | 63,152.89 |
| 09/28/12 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 4.13 | | 63,157.02 |
| 10/12/12 | 11 | Jay Rambo Company<br>8401 E. 41st St.<br>Tulsa, OK  74145 | Preference Settlement | 1241-000 | 920.00 | | 64,077.02 |
| 10/31/12 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 4.31 | | 64,081.33 |
| 11/30/12 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 4.20 | | 64,085.53 |
| 12/05/12 | 11 | Jay Rambo Company<br>8401 E. 41st St.<br>Tulsa, OK  74145 | Preference Settlement | 1241-000 | 920.00 | | 65,005.53 |

| | | | | Page Subtotals | 54,696.72 | 0.00 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM24

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit B

| | |
|---|---|
| Case No: | 10-05971 -MB |
| Case Name: | CUTTING EDGE MILLWORK, INC. |
| | |
| Taxpayer ID No: | *******2295 |
| For Period Ending: | 03/23/13 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7315  Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/27/12 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 3.68 | | 65,009.21 |
| 01/03/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 65,009.21 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 112,060.21 | 112,060.21 | 0.00 |
| Less:  Bank Transfers/CD's | 53,655.02 | 110,009.21 | |
| Subtotal | 58,405.19 | 2,051.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 58,405.19 | 2,051.00 | |

| | | |
|---|---|---|
| Page Subtotals | 3.68 | 65,009.21 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

Ver: 17.01

Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-05971 -MB |
| Case Name: | CUTTING EDGE MILLWORK, INC. |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7323  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******2295 |
| For Period Ending: | 03/23/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/16/11 | | Transfer from Acct #*******7315 | Bank Funds Transfer | 9999-000 | 10,000.00 | | 10,000.00 |
| 08/16/11 | 001001 | Paychex, Inc. POB 4482 Carol Stream, IL 60197-4482 | Client No. 0052-0052-BL33 | 3220-000 | | 1,201.57 | 8,798.43 |
| 08/24/11 | 12 | Door Systems, Inc. 751 Expressway Dr. Itasca, IL  60143-1369 | | 1241-000 | 1,200.00 | | 9,998.43 |
| 08/24/11 | 12 | Hager Companies 139 Victor Street St. Louis, MO  63104-4736 | | 1241-000 | 3,134.80 | | 13,133.23 |
| 08/30/11 | 12 | American Millwork Corp. 4840 Beck Drive Elkhart, IN  46516 | | 1241-000 | 1,000.00 | | 14,133.23 |
| 10/05/11 | 12 | Nobilus, LLC 2705 North 4600 West Corinne, UT  84307 | Pref. Pymt | 1241-000 | 1,544.00 | | 15,677.23 |
| 10/17/11 | | Transfer from Acct #*******7315 | Bank Funds Transfer | 9999-000 | 35,000.00 | | 50,677.23 |
| 11/02/11 | 001002 | Luba B. Dyker 13N501 Chisholm Trail Elgin, IL  60124-7920 | Wage Claim | 5300-000 | | 1,808.77 | 48,868.46 |
| 11/02/11 | 001003 | Mark A. Muench 10737 S. Hoyne Ave. Chicago, IL 60643 | Wage Claim | 5300-000 | | 3,446.73 | 45,421.73 |
| 11/02/11 | 001004 | Alexis C. Seisser 415 Prides Run Lake in the Hills, IL  60156 | Wage Claim | 5300-000 | | 1,807.59 | 43,614.14 |
| 11/02/11 | 001005 | Kurt W. Muench 1251 Ridge Rd. Homewood, IL  60430 | Wage Claim | 5300-000 | | 3,619.71 | 39,994.43 |
| | | | Page Subtotals | | 51,878.80 | 11,884.37 | |

FORM 2

Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | |
|---|---|---|---|
| Case No: | 10-05971  -MB | Trustee Name: | Roy Safanda |
| Case Name: | CUTTING EDGE MILLWORK, INC. | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7323  Checking Account |
| Taxpayer ID No: | *******2295 | | |
| For Period Ending: | 03/23/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/02/11 | 001006 | Amanda Nelson<br>636 S. 3rd St.<br>West Dundee, IL  60118 | Wage Claim | 5300-000 | | 1,096.33 | 38,898.10 |
| 11/02/11 | 001007 | Alan B. Carter<br>900 S. Lincoln Ave.<br>Park Ridge, IL  60068 | Wage Claim | 5300-000 | | 4,108.18 | 34,789.92 |
| 11/02/11 | 001008 | Amy Metzger<br>95 N. Lincoln Ave.<br>Carpentersville, IL  60110 | Wage Claim | 5300-000 | | 1,026.12 | 33,763.80 |
| 11/02/11 | 001009 | Juan Carlos Salazar<br>112 Woodland Ct., Apt. 3D<br>Carpentersville, IL  60110 | Wage Claim | 5300-000 | | 1,315.27 | 32,448.53 |
| 11/02/11 | 001010 | Miguel A. Lechuga<br>555 Wellington<br>Elgin, IL  60120 | Wage Claim | 5300-000 | | 1,679.41 | 30,769.12 |
| 11/02/11 | 001011 | Jose M. Avitia<br>41 Vine St.<br>Elgin, IL  60123 | Wage Claim | 5300-000 | | 902.21 | 29,866.91 |
| 11/02/11 | 001012 | Justin Puchalla<br>337 S. Harrison Ave.<br>Aurora, IL  60506 | Wage Claim | 5300-000 | | 591.33 | 29,275.58 |
| 11/02/11 | 001013 | Anthony M. Sell<br>7N760 Sycamore Rd.<br>St. Charles, IL  60175 | Wage Claim | 5300-000 | | 1,153.90 | 28,121.68 |
| 11/07/11 | 001014 | Illinois Dept. of Revenue<br>POB 19447<br>Springfield, IL  62794-9447 | IL Form 941 | 2820-000 | | 2,075.03 | 26,046.65 |
| 11/07/11 | 001015 | Illinois Dept. of Employment Security<br>POB 19300<br>Springfield, IL  62794 | IL Form UI/340 | 2820-000 | | 2,241.03 | 23,805.62 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 16,188.81 |

Ver: 17.01

FORM 2

Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-05971 -MB | |
| Case Name: | CUTTING EDGE MILLWORK, INC. | |

| | |
|---|---|
| Taxpayer ID No: | *******2295 |
| For Period Ending: | 03/23/13 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7323  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 01/27/12 | 001016 | United States Treasury | Form 940, Tax Year 2011 | 2810-000 | | 40.95 | 23,764.67 |
| | 01/30/12 | | IRS | Taxes Due | 2810-000 | | 327.53 | 23,437.14 |
| | 01/30/12 | | IRS | Taxes Due | 2810-000 | | 20,044.77 | 3,392.37 |
| | 01/30/12 | 001017 | George E. Richeson | Tax Preparation | 3410-000 | | 960.00 | 2,432.37 |
| | | | 1450 W. Main, Ste. C | | | | | |
| | | | POB 1416 | | | | | |
| | | | St. Charles, IL  60174 | | | | | |
| * | 01/30/12 | 001018 | IRS | Taxes Due | 2810-003 | | 327.53 | 2,104.84 |
| * | 01/30/12 | 001018 | IRS | Taxes Due | 2810-003 | | -327.53 | 2,432.37 |
| | | | | Issued as check but was wire disbursement | | | | |
| | 03/14/12 | 12 | Cook County Lumber | Unscheduled Preferential Transfer | 1241-000 | 1,500.00 | | 3,932.37 |
| | | | 200 E. 130th St. | | | | | |
| | | | Chicago, IL  60628-6901 | | | | | |
| | 03/14/12 | 12 | Woolf Distributing Co., Inc. | Unscheduled Preferential Transfer | 1241-000 | 2,000.00 | | 5,932.37 |
| | | | 8550 Ridgefiled Rd. | | | | | |
| | | | Crystal Lake, IL  60012 | | | | | |
| | 06/01/12 | 001019 | United States Treasury | 940 Taxes | 5800-000 | | 1,200.00 | 4,732.37 |
| | 11/09/12 | 12 | Jay Rambo Company | Preference Settlement | 1241-000 | 920.00 | | 5,652.37 |
| | 01/03/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 5,652.37 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 56,298.80 | 56,298.80 | 0.00 |
| Less: Bank Transfers/CD's | 45,000.00 | 5,652.37 | |
| Subtotal | 11,298.80 | 50,646.43 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 11,298.80 | 50,646.43 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******9774 | 58,391.42 | 4,796.27 | 0.00 |
| Money Market Account - *******0129 | 59.87 | 0.00 | 0.00 |
| Checking Account - ********5675 | 2,720.00 | 19,672.87 | 53,708.71 |
| Page Subtotals | 4,420.00 | 28,225.62 | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    FORM 2

Exhibit B

| | |
|---|---|
| Case No: | 10-05971  -MB |
| Case Name: | CUTTING EDGE MILLWORK, INC. |
| Taxpayer ID No: | *******2295 |
| For Period Ending: | 03/23/13 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7323  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account - ********7315 | | 58,405.19 | 2,051.00 | 0.00 |
| | | | Checking Account - ********7323 | | 11,298.80 | 50,646.43 | 0.00 |
| | | | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | | 130,875.28 | 77,166.57 | 53,708.71 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 0.00 |

Ver: 17.01

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 1                                                                                      Date: March 23, 2013

Case Number:   10-05971                          Claim Type Sequence
Debtor Name:   CUTTING EDGE MILLWORK, INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3110 001 3110-00 | Roy Safanda, Attorney for Trustee | Administrative | | $9,131.25 | $0.00 | $9,131.25 |
| 000001 050 4300-00 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | Secured | | $8,381.39 | $0.00 | $8,381.39 |
| 000002A 040 5800-00 | Jeld-Wen, Inc 401 Harbor Isles Blvd Klamath Falls, OR 97601 | Priority | | $5,612.20 | $0.00 | $5,612.20 |
| 000010 040 5800-00 | Mark A Muench 10737 S Hoyne Ave Chicago, IL 60643 | Priority | | $0.00 | $0.00 | $0.00 |
| 000016A 040 5800-00 | The Donas Group, Inc. 3550 West Salt Creek Lane Suite 110 Arlington Heights, IL 60005-1091 | Priority | | $0.00 | $0.00 | $0.00 |
| 000018 040 5800-00 | Alexis C Seisser 415 Prides Run Lake in the Hills, IL 60156 | Priority | | $0.00 | $0.00 | $0.00 |
| 000021 040 5800-00 | Nelson Door Company 2245 CR 1500E Arthur, IL 61911-6024 | Priority | | $0.00 | $0.00 | $0.00 |
| 000027 040 5800-00 | Kurt W Muench 1251 Ridge Rd Homewood, IL 60430 | Priority | | $0.00 | $0.00 | $0.00 |
| 000030 040 5800-00 | Moulding & Millwork, Inc 2220 West Haven Avenue New Lennox, IL 60451 | Priority | | $0.00 | $0.00 | $0.00 |
| 000032 040 5800-00 | Amanda Nelson 636 S 3rd St West Dundee, IL 60118 | Priority | | $0.00 | $0.00 | $0.00 |
| 000034 040 5800-00 | Alan B Carter 900 S Lincoln Ave Park Ridge, IL 60068 | Priority | | $0.00 | $0.00 | $0.00 |
| 000035 040 5800-00 | Amy Metzger 95 N Lincoln Ave Carpentersville, IL 60110 | Priority | | $0.00 | $0.00 | $0.00 |
| 000036 040 5800-00 | Juan Carlos Salazar 112 Woodland Ct Apt 3D Carpentersville, IL 60110 | Priority | | $0.00 | $0.00 | $0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2                                                                                    Date: March 23, 2013

Case Number:   10-05971                          Claim Type Sequence
Debtor Name:   CUTTING EDGE MILLWORK, INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000037 040 5800-00 | Miguel A Lechuga 555 Wellington Elgin, IL 60120 | Priority | | $0.00 | $0.00 | $0.00 |
| 000038 040 5800-00 | Jose M Avitia 41 Vine St Elgin, IL 60123 | Priority | | $0.00 | $0.00 | $0.00 |
| 000041 040 5800-00 | Justin Puchalla 66 S Elmwood Dr Aurora, IL 60506 | Priority | | $0.00 | $0.00 | $0.00 |
| 000043 040 5800-00 | Anthony M Sell 7N760 Sycamore Rd St Charles, IL 60175 | Priority | | $0.00 | $0.00 | $0.00 |
| 000045A 040 5800-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | Priority | (45-2) Illinois Sales/Use Tax | $9,650.90 | $0.00 | $9,650.90 |
| 000046A 040 5800-00 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Priority | (46-1) Unemployment tax | $15,009.15 | $0.00 | $15,009.15 |
| 000002B 070 7100-00 | Jeld-Wen, Inc 401 Harbor Isles Blvd Klamath Falls, OR 97601 | Unsecured | | $7,390.29 | $0.00 | $7,390.29 |
| 000003 070 7100-00 | The Empire Company, Inc Coface North America, Inc 50 Millstone Road East Windsor, NJ 08520 | Unsecured | | $534.39 | $0.00 | $534.39 |
| 000004 070 7100-00 | Edmund Allen Lumber Company PO Box 290 117 Industrial Drive Momence, IL 60954 | Unsecured | | $1,355.12 | $0.00 | $1,355.12 |
| 000005 070 7100-00 | Deltana Enterprises Inc. 10820 NW 29th Street Miami, FL 33172 | Unsecured | | $72.65 | $0.00 | $72.65 |
| 000006 070 7100-00 | Ultra-Flex Mouldings, Inc. PO Box 462830 Escondido, CA 92046 | Unsecured | | $2,527.76 | $0.00 | $2,527.76 |
| 000007 070 7100-00 | Woodmac Industries, Inc. 3233 Holeman Ave S Chicago Heights, IL 60411 | Unsecured | | $12,890.90 | $0.00 | $12,890.90 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: March 23, 2013

Case Number:    10-05971
Debtor Name:    CUTTING EDGE MILLWORK, INC.

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | GreatAmerica Leasing Corp POB 609 Cedar Rapids, IA 52406 | Unsecured | | $8,851.95 | $0.00 | $8,851.95 |
| 000009 070 7100-00 | Luba B Dyker 13N501 Chisholm Trail Elgin, IL 60124-7920 | Unsecured | | $3,328.00 | $0.00 | $3,328.00 |
| 000011 070 7100-00 | Century Door & Lock Co., Ltd. 1301 Landmeier Rd. Elk Grove, IL 60007 | Unsecured | | $1,825.60 | $0.00 | $1,825.60 |
| 000012 070 7100-00 | Mid Continent Cabinetry 3020 Denmark Ave Suite 100 Eagan, MN 55121 | Unsecured | | $5,443.59 | $0.00 | $5,443.59 |
| 000013 070 7100-00 | Haas Cabinet Co., Inc. 625 West Utica Street Sellersburg, IN 47172 | Unsecured | | $14,680.38 | $0.00 | $14,680.38 |
| 000014 070 7100-00 | Hafele America Company PO Box 75352 Charlotte, NC 28275 | Unsecured | | $42.29 | $0.00 | $42.29 |
| 000015 070 7100-00 | Express Hardware 1203 S. Northwest Highway Barrington, IL 60010 | Unsecured | | $6,792.94 | $0.00 | $6,792.94 |
| 000016B 070 7100-00 | The Donas Group, Inc. 3550 West Salt Creek Lane Suite 110 Arlington Heights, IL 60005-1091 | Unsecured | | $6,646.38 | $0.00 | $6,646.38 |
| 000017 070 7100-00 | Northwoods Custom Builders Inc 415 Prides Run Lake in the Hills, IL 60156 | Unsecured | | $2,660.00 | $0.00 | $2,660.00 |
| 000019 070 7100-00 | Cook County Lumber 200 E 130th Street Chicago, IL 60628 | Unsecured | | $5,887.38 | $0.00 | $5,887.38 |
| 000020 070 7100-00 | Owl Hardwood Lumber 926 S Graceland Ave Rt 45 Des Plaines, IL 60016 | Unsecured | | $237.89 | $0.00 | $237.89 |
| 000022 070 7100-00 | Weather Shield PO Box 309 Medford, WI 54451-0309 | Unsecured | | $4,714.22 | $0.00 | $4,714.22 |
| 000023 070 7100-00 | Tapco Group 29797 Beck Road Wixom, MI 48393-2834 | Unsecured | | $4,412.20 | $0.00 | $4,412.20 |

Page 4

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: March 23, 2013

Case Number:   10-05971
Debtor Name:   CUTTING EDGE MILLWORK, INC.

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000024 070 7100-00 | Rayner & Rinn-Scott, Inc. PO Box 362 Summit, IL 60501 | Unsecured | | $48,800.45 | $0.00 | $48,800.45 |
| 000025 070 7100-00 | Hager Companies 139 Victor Street St. Louis, MO 63104-3057 | Unsecured | | $203.04 | $0.00 | $203.04 |
| 000026 070 7100-00 | Marvin Windows and Doors N.W. 7051 PO Box 1450 Minneapolis, MN 55485-7051 | Unsecured | | $10,734.59 | $0.00 | $10,734.59 |
| 000028 070 7100-00 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $2,160.64 | $0.00 | $2,160.64 |
| 000029 070 7100-00 | Pitney Bowes Inc 4901 Belfort Rd, Ste 120 Jacksonville FL 32256 | Unsecured | | $1,149.94 | $0.00 | $1,149.94 |
| 000031 070 7100-00 | Massoth & Company 904 1/2 West Olive Springfield, MO 65806 | Unsecured | | $9,544.00 | $0.00 | $9,544.00 |
| 000033 070 7100-00 | Awsco 4301 N James H Mcgee Blvd Dayton, OH 45417 | Unsecured | | $1,144.60 | $0.00 | $1,144.60 |
| 000039 070 7100-00 | Woolf 8550 Ridgefield Rd Crystal Lake, IL 60012 | Unsecured | | $5,334.20 | $0.00 | $5,334.20 |
| 000040 070 7100-00 | Jay Rambo Co 8401 East 41 Street Tulsa, OK 74145 | Unsecured | | $20,480.98 | $0.00 | $20,480.98 |
| 000042 070 7100-00 | Indiana Insurance Company PO Box MS #147 Keene, NH 03431 | Unsecured | | $5,917.80 | $0.00 | $5,917.80 |
| 000044 070 7100-00 | Piccione, Keeley & Associates, Ltd. 122C South County Farm Road Wheaton, IL 60187 | Unsecured | (44-1) Legal services performed | $13,598.81 | $0.00 | $13,598.81 |
| 000046B 070 7100-00 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Unsecured | (46-1) Unemployment tax | $400.00 | $0.00 | $400.00 |

Page 5

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: March 23, 2013

Case Number:    10-05971                    Claim Type Sequence
Debtor Name:    CUTTING EDGE MILLWORK, INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|--------|------------------------|-------------|-------|----------------|--------------|---------------|
| | Case Totals: | | | $257,547.87 | $0.00 | $257,547.87 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-05971
Case Name: CUTTING EDGE MILLWORK, INC.
Trustee Name: Roy Safanda

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|----------------|--------------------------|--------------------------|-------------------|
| 000001 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | $ | $ | $ | $ |

Total to be paid to secured creditors                    $_____

Remaining Balance                                        $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|-------------------|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Roy Safanda, Attorney for Trustee | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Jeld-Wen, Inc<br>401 Harbor Isles Blvd<br>Klamath Falls, OR 97601 | $ | $ | $ |
| 000010 | Mark A Muench<br>10737 S Hoyne Ave<br>Chicago, IL 60643 | $ | $ | $ |
| 000016A | The Donas Group, Inc.<br>3550 West Salt Creek Lane<br>Suite 110<br>Arlington Heights, IL 60005-1091 | $ | $ | $ |
| 000018 | Alexis C Seisser<br>415 Prides Run<br>Lake in the Hills, IL 60156 | $ | $ | $ |
| 000021 | Nelson Door Company<br>2245 CR 1500E<br>Arthur, IL 61911-6024 | $ | $ | $ |
| 000027 | Kurt W Muench<br>1251 Ridge Rd<br>Homewood, IL 60430 | $ | $ | $ |
| 000030 | Moulding & Millwork, Inc<br>2220 West Haven Avenue<br>New Lennox, IL 60451 | $ | $ | $ |
| 000032 | Amanda Nelson<br>636 S 3rd St<br>West Dundee, IL 60118 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000034 | Alan B Carter<br>900 S Lincoln Ave<br>Park Ridge, IL 60068 | $ | $ | $ |
| 000035 | Amy Metzger<br>95 N Lincoln Ave<br>Carpentersville, IL 60110 | $ | $ | $ |
| 000036 | Juan Carlos Salazar<br>112 Woodland Ct<br>Apt 3D<br>Carpentersville, IL 60110 | $ | $ | $ |
| 000037 | Miguel A Lechuga<br>555 Wellington<br>Elgin, IL 60120 | $ | $ | $ |
| 000038 | Jose M Avitia<br>41 Vine St<br>Elgin, IL 60123 | $ | $ | $ |
| 000041 | Justin Puchalla<br>66 S Elmwood Dr<br>Aurora, IL 60506 | $ | $ | $ |
| 000043 | Anthony M Sell<br>7N760 Sycamore Rd<br>St Charles, IL 60175 | $ | $ | $ |
| 000045A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ | $ | $ |
| 000046A | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance                                      $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Jeld-Wen, Inc<br>401 Harbor Isles Blvd<br>Klamath Falls, OR 97601 | $ | $ | $ |
| 000003 | The Empire Company, Inc<br>Coface North America, Inc<br>50 Millstone Road<br>East Windsor, NJ 08520 | $ | $ | $ |
| 000004 | Edmund Allen Lumber Company<br>PO Box 290<br>117 Industrial Drive<br>Momence, IL 60954 | $ | $ | $ |
| 000005 | Deltana Enterprises Inc.<br>10820 NW 29th Street<br>Miami, FL 33172 | $ | $ | $ |
| 000006 | Ultra-Flex Mouldings, Inc.<br>PO Box 462830<br>Escondido, CA 92046 | $ | $ | $ |
| 000007 | Woodmac Industries, Inc.<br>3233 Holeman Ave S<br>Chicago Heights, IL 60411 | $ | $ | $ |
| 000008 | GreatAmerica Leasing Corp<br>POB 609<br>Cedar Rapids, IA 52406 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Luba B Dyker<br>13N501 Chisholm Trail<br>Elgin, IL 60124-7920 | $ | $ | $ |
| 000011 | Century Door & Lock Co., Ltd.<br>1301 Landmeier Rd.<br>Elk Grove, IL 60007 | $ | $ | $ |
| 000012 | Mid Continent Cabinetry<br>3020 Denmark Ave<br>Suite 100<br>Eagan, MN 55121 | $ | $ | $ |
| 000013 | Haas Cabinet Co., Inc.<br>625 West Utica Street<br>Sellersburg, IN 47172 | $ | $ | $ |
| 000014 | Hafele America Company<br>PO Box 75352<br>Charlotte, NC 28275 | $ | $ | $ |
| 000015 | Express Hardware<br>1203 S. Northwest Highway<br>Barrington, IL 60010 | $ | $ | $ |
| 000016B | The Donas Group, Inc.<br>3550 West Salt Creek Lane<br>Suite 110<br>Arlington Heights, IL 60005-1091 | $ | $ | $ |
| 000017 | Northwoods Custom Builders Inc<br>415 Prides Run<br>Lake in the Hills, IL 60156 | $ | $ | $ |
| 000019 | Cook County Lumber<br>200 E 130th Street<br>Chicago, IL 60628 | $ | $ | $ |
| 000020 | Owl Hardwood Lumber<br>926 S Graceland Ave<br>Rt 45<br>Des Plaines, IL 60016 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000022 | Weather Shield<br>PO Box 309<br>Medford, WI 54451-0309 | $ | $ | $ |
| 000023 | Tapco Group<br>29797 Beck Road<br>Wixom, MI 48393-2834 | $ | $ | $ |
| 000024 | Rayner & Rinn-Scott, Inc.<br>PO Box 362<br>Summit, IL 60501 | $ | $ | $ |
| 000025 | Hager Companies<br>139 Victor Street<br>St. Louis, MO 63104-3057 | $ | $ | $ |
| 000026 | Marvin Windows and Doors<br>N.W. 7051<br>PO Box 1450<br>Minneapolis, MN 55485-7051 | $ | $ | $ |
| 000028 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ | $ | $ |
| 000029 | Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville FL 32256 | $ | $ | $ |
| 000031 | Massoth & Company<br>904 1/2 West Olive<br>Springfield, MO 65806 | $ | $ | $ |
| 000033 | Awsco<br>4301 N James H Mcgee Blvd<br>Dayton, OH 45417 | $ | $ | $ |
| 000039 | Woolf<br>8550 Ridgefield Rd<br>Crystal Lake, IL 60012 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000040 | Jay Rambo Co<br>8401 East 41 Street<br>Tulsa, OK 74145 | $ | $ | $ |
| 000042 | Indiana Insurance Company<br>PO Box MS #147<br>Keene, NH 03431 | $ | $ | $ |
| 000044 | Piccione, Keeley & Associates, Ltd.<br>122C South County Farm Road<br>Wheaton, IL 60187 | $ | $ | $ |
| 000046B | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____


Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE