UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                     §
                                           §
CUTTING EDGE MILLWORK, INC.                §    Case No. 10-05971
                                           §
          Debtor(s)                        §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                       US Courthouse
                       Bankruptcy Clerk
                       Assignment Desk, Rm 710
                       219 S. Dearborn St.
                       Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 06/13/2013 in Courtroom 250,
                       US Courthouse
                       100 S. 3rd St.
                       Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/09/2013              By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| | § | |
| CUTTING EDGE MILLWORK, INC. | § | Case No. 10-05971 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Document      Page 3 of 9

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Roy Safanda, Attorney for Trustee | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                          $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Jeld-Wen, Inc<br>401 Harbor Isles Blvd<br>Klamath Falls, OR 97601 | $ | $ | $ |
| 000010 | Mark A Muench<br>10737 S Hoyne Ave<br>Chicago, IL 60643 | $ | $ | $ |
| 000016A | The Donas Group, Inc.<br>3550 West Salt Creek Lane<br>Suite 110<br>Arlington Heights, IL 60005-1091 | $ | $ | $ |
| 000018 | Alexis C Seisser<br>415 Prides Run<br>Lake in the Hills, IL 60156 | $ | $ | $ |
| 000021 | Nelson Door Company<br>2245 CR 1500E<br>Arthur, IL 61911-6024 | $ | $ | $ |
| 000027 | Kurt W Muench<br>1251 Ridge Rd<br>Homewood, IL 60430 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | Moulding & Millwork, Inc<br>2220 West Haven Avenue<br>New Lennox, IL 60451 | $ | $ | $ |
| 000032 | Amanda Nelson<br>636 S 3rd St<br>West Dundee, IL 60118 | $ | $ | $ |
| 000034 | Alan B Carter<br>900 S Lincoln Ave<br>Park Ridge, IL 60068 | $ | $ | $ |
| 000035 | Amy Metzger<br>95 N Lincoln Ave<br>Carpentersville, IL 60110 | $ | $ | $ |
| 000036 | Juan Carlos Salazar<br>112 Woodland Ct<br>Apt 3D<br>Carpentersville, IL 60110 | $ | $ | $ |
| 000037 | Miguel A Lechuga<br>555 Wellington<br>Elgin, IL 60120 | $ | $ | $ |
| 000038 | Jose M Avitia<br>41 Vine St<br>Elgin, IL 60123 | $ | $ | $ |
| 000041 | Justin Puchalla<br>66 S Elmwood Dr<br>Aurora, IL 60506 | $ | $ | $ |
| 000043 | Anthony M Sell<br>7N760 Sycamore Rd<br>St Charles, IL 60175 | $ | $ | $ |
| 000045A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ | $ | $ |
| 000046A | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |

    Total to be paid to priority creditors            $_____

    Remaining Balance            $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Jeld-Wen, Inc<br>401 Harbor Isles Blvd<br>Klamath Falls, OR 97601 | $ | $ | $ |
| 000003 | The Empire Company, Inc<br>Coface North America, Inc<br>50 Millstone Road<br>East Windsor, NJ 08520 | $ | $ | $ |
| 000004 | Edmund Allen Lumber Company<br>PO Box 290<br>117 Industrial Drive<br>Momence, IL 60954 | $ | $ | $ |
| 000005 | Deltana Enterprises Inc.<br>10820 NW 29th Street<br>Miami, FL 33172 | $ | $ | $ |
| 000006 | Ultra-Flex Mouldings, Inc.<br>PO Box 462830<br>Escondido, CA 92046 | $ | $ | $ |
| 000007 | Woodmac Industries, Inc.<br>3233 Holeman Ave S<br>Chicago Heights, IL 60411 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | GreatAmerica Leasing Corp<br>POB 609<br>Cedar Rapids, IA 52406 | $ | $ | $ |
| 000009 | Luba B Dyker<br>13N501 Chisholm Trail<br>Elgin, IL 60124-7920 | $ | $ | $ |
| 000011 | Century Door & Lock Co., Ltd.<br>1301 Landmeier Rd.<br>Elk Grove, IL 60007 | $ | $ | $ |
| 000012 | Mid Continent Cabinetry<br>3020 Denmark Ave<br>Suite 100<br>Eagan, MN 55121 | $ | $ | $ |
| 000013 | Haas Cabinet Co., Inc.<br>625 West Utica Street<br>Sellersburg, IN 47172 | $ | $ | $ |
| 000014 | Hafele America Company<br>PO Box 75352<br>Charlotte, NC 28275 | $ | $ | $ |
| 000015 | Express Hardware<br>1203 S. Northwest Highway<br>Barrington, IL 60010 | $ | $ | $ |
| 000016B | The Donas Group, Inc.<br>3550 West Salt Creek Lane<br>Suite 110<br>Arlington Heights, IL 60005-1091 | $ | $ | $ |
| 000017 | Northwoods Custom Builders Inc<br>415 Prides Run<br>Lake in the Hills, IL 60156 | $ | $ | $ |
| 000019 | Cook County Lumber<br>200 E 130th Street<br>Chicago, IL 60628 | $ | $ | $ |
| 000020 | Owl Hardwood Lumber<br>926 S Graceland Ave<br>Rt 45<br>Des Plaines, IL 60016 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000022 | Weather Shield<br>PO Box 309<br>Medford, WI 54451-0309 | $ | $ | $ |
| 000023 | Tapco Group<br>29797 Beck Road<br>Wixom, MI 48393-2834 | $ | $ | $ |
| 000024 | Rayner & Rinn-Scott, Inc.<br>PO Box 362<br>Summit, IL 60501 | $ | $ | $ |
| 000025 | Hager Companies<br>139 Victor Street<br>St. Louis, MO 63104-3057 | $ | $ | $ |
| 000026 | Marvin Windows and Doors<br>N.W. 7051<br>PO Box 1450<br>Minneapolis, MN 55485-7051 | $ | $ | $ |
| 000028 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ | $ | $ |
| 000029 | Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville FL 32256 | $ | $ | $ |
| 000031 | Massoth & Company<br>904 1/2 West Olive<br>Springfield, MO 65806 | $ | $ | $ |
| 000033 | Awsco<br>4301 N James H Mcgee Blvd<br>Dayton, OH 45417 | $ | $ | $ |
| 000039 | Woolf<br>8550 Ridgefield Rd<br>Crystal Lake, IL 60012 | $ | $ | $ |
| 000040 | Jay Rambo Co<br>8401 East 41 Street<br>Tulsa, OK 74145 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000042 | Indiana Insurance Company<br>PO Box MS #147<br>Keene, NH 03431 | $ | $ | $ |
| 000044 | Piccione, Keeley & Associates, Ltd.<br>122C South County Farm Road<br>Wheaton, IL 60187 | $ | $ | $ |
| 000046B | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance                                          $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
                                         Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.