UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                     §
                                           §
CUTTING EDGE MILLWORK, INC.                §      Case No. 10-05971
                                           §
          Debtor(s)                        §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          US Courthouse
          Bankruptcy Clerk
          Assignment Desk, Rm 710
          219 S. Dearborn St.
          Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 06/13/2013 in Courtroom 250,
          US Courthouse
          100 S. 3rd St.
          Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/09/2013          By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| CUTTING EDGE MILLWORK, INC. | § | Case No. 10-05971 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 130,875.28 |
| and approved disbursements of | $ | 77,263.09 |
| leaving a balance on hand of[1] | $ | 53,612.19 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | $ 8,381.39 | $ 8,381.39 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 53,612.19 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ 13,543.76 | $ 0.00 | $ 13,543.76 |
| Trustee Expenses: Roy Safanda | $ 761.45 | $ 0.00 | $ 761.45 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Roy Safanda, Attorney for Trustee | $ 9,131.25 | $ 0.00 | $ 9,131.25 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 23,436.46 |
| Remaining Balance | $ 30,175.73 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 30,272.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Jeld-Wen, Inc<br>401 Harbor Isles Blvd<br>Klamath Falls, OR 97601 | $ 5,612.20 | $ 0.00 | $ 5,594.31 |
| 000010 | Mark A Muench<br>10737 S Hoyne Ave<br>Chicago, IL 60643 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000016A | The Donas Group, Inc.<br>3550 West Salt Creek Lane<br>Suite 110<br>Arlington Heights, IL 60005-1091 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000018 | Alexis C Seisser<br>415 Prides Run<br>Lake in the Hills, IL 60156 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000021 | Nelson Door Company<br>2245 CR 1500E<br>Arthur, IL 61911-6024 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000027 | Kurt W Muench<br>1251 Ridge Rd<br>Homewood, IL 60430 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | Moulding & Millwork, Inc<br>2220 West Haven Avenue<br>New Lennox, IL 60451 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000032 | Amanda Nelson<br>636 S 3rd St<br>West Dundee, IL 60118 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000034 | Alan B Carter<br>900 S Lincoln Ave<br>Park Ridge, IL 60068 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000035 | Amy Metzger<br>95 N Lincoln Ave<br>Carpentersville, IL 60110 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000036 | Juan Carlos Salazar<br>112 Woodland Ct<br>Apt 3D<br>Carpentersville, IL 60110 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000037 | Miguel A Lechuga<br>555 Wellington<br>Elgin, IL 60120 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000038 | Jose M Avitia<br>41 Vine St<br>Elgin, IL 60123 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000041 | Justin Puchalla<br>66 S Elmwood Dr<br>Aurora, IL 60506 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000043 | Anthony M Sell<br>7N760 Sycamore Rd<br>St Charles, IL 60175 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000045A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ 9,650.90 | $ 0.00 | $ 9,620.13 |
| 000046A | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | $ 15,009.15 | $ 0.00 | $ 14,961.29 |

| | Total to be paid to priority creditors | $ | 30,175.73 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 209,762.98  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Jeld-Wen, Inc<br>401 Harbor Isles Blvd<br>Klamath Falls, OR 97601 | $ 7,390.29 | $ 0.00 | $ 0.00 |
| 000003 | The Empire Company, Inc<br>Coface North America, Inc<br>50 Millstone Road<br>East Windsor, NJ 08520 | $ 534.39 | $ 0.00 | $ 0.00 |
| 000004 | Edmund Allen Lumber Company<br>PO Box 290<br>117 Industrial Drive<br>Momence, IL 60954 | $ 1,355.12 | $ 0.00 | $ 0.00 |
| 000005 | Deltana Enterprises Inc.<br>10820 NW 29th Street<br>Miami, FL 33172 | $ 72.65 | $ 0.00 | $ 0.00 |
| 000006 | Ultra-Flex Mouldings, Inc.<br>PO Box 462830<br>Escondido, CA 92046 | $ 2,527.76 | $ 0.00 | $ 0.00 |
| 000007 | Woodmac Industries, Inc.<br>3233 Holeman Ave S<br>Chicago Heights, IL 60411 | $ 12,890.90 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | | Interim Payment to Date | | Proposed Payment | |
|---|---|---|---|---|---|---|---|
| 000008 | GreatAmerica Leasing Corp<br>POB 609<br>Cedar Rapids, IA 52406 | $ | 8,851.95 | $ | 0.00 | $ | 0.00 |
| 000009 | Luba B Dyker<br>13N501 Chisholm Trail<br>Elgin, IL 60124-7920 | $ | 3,328.00 | $ | 0.00 | $ | 0.00 |
| 000011 | Century Door & Lock Co., Ltd.<br>1301 Landmeier Rd.<br>Elk Grove, IL 60007 | $ | 1,825.60 | $ | 0.00 | $ | 0.00 |
| 000012 | Mid Continent Cabinetry<br>3020 Denmark Ave<br>Suite 100<br>Eagan, MN 55121 | $ | 5,443.59 | $ | 0.00 | $ | 0.00 |
| 000013 | Haas Cabinet Co., Inc.<br>625 West Utica Street<br>Sellersburg, IN 47172 | $ | 14,680.38 | $ | 0.00 | $ | 0.00 |
| 000014 | Hafele America Company<br>PO Box 75352<br>Charlotte, NC 28275 | $ | 42.29 | $ | 0.00 | $ | 0.00 |
| 000015 | Express Hardware<br>1203 S. Northwest Highway<br>Barrington, IL 60010 | $ | 6,792.94 | $ | 0.00 | $ | 0.00 |
| 000016B | The Donas Group, Inc.<br>3550 West Salt Creek Lane<br>Suite 110<br>Arlington Heights, IL 60005-1091 | $ | 6,646.38 | $ | 0.00 | $ | 0.00 |
| 000017 | Northwoods Custom Builders Inc<br>415 Prides Run<br>Lake in the Hills, IL 60156 | $ | 2,660.00 | $ | 0.00 | $ | 0.00 |
| 000019 | Cook County Lumber<br>200 E 130th Street<br>Chicago, IL 60628 | $ | 5,887.38 | $ | 0.00 | $ | 0.00 |
| 000020 | Owl Hardwood Lumber<br>926 S Graceland Ave<br>Rt 45<br>Des Plaines, IL 60016 | $ | 237.89 | $ | 0.00 | $ | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000022 | Weather Shield<br>PO Box 309<br>Medford, WI 54451-0309 | $ 4,714.22 | $ 0.00 | $ 0.00 |
| 000023 | Tapco Group<br>29797 Beck Road<br>Wixom, MI 48393-2834 | $ 4,412.20 | $ 0.00 | $ 0.00 |
| 000024 | Rayner & Rinn-Scott, Inc.<br>PO Box 362<br>Summit, IL 60501 | $ 48,800.45 | $ 0.00 | $ 0.00 |
| 000025 | Hager Companies<br>139 Victor Street<br>St. Louis, MO 63104-3057 | $ 203.04 | $ 0.00 | $ 0.00 |
| 000026 | Marvin Windows and Doors<br>N.W. 7051<br>PO Box 1450<br>Minneapolis, MN 55485-7051 | $ 10,734.59 | $ 0.00 | $ 0.00 |
| 000028 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ 2,160.64 | $ 0.00 | $ 0.00 |
| 000029 | Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville FL 32256 | $ 1,149.94 | $ 0.00 | $ 0.00 |
| 000031 | Massoth & Company<br>904 1/2 West Olive<br>Springfield, MO 65806 | $ 9,544.00 | $ 0.00 | $ 0.00 |
| 000033 | Awsco<br>4301 N James H Mcgee Blvd<br>Dayton, OH 45417 | $ 1,144.60 | $ 0.00 | $ 0.00 |
| 000039 | Woolf<br>8550 Ridgefield Rd<br>Crystal Lake, IL 60012 | $ 5,334.20 | $ 0.00 | $ 0.00 |
| 000040 | Jay Rambo Co<br>8401 East 41 Street<br>Tulsa, OK 74145 | $ 20,480.98 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000042 | Indiana Insurance Company<br>PO Box MS #147<br>Keene, NH 03431 | $ 5,917.80 | $ 0.00 | $ 0.00 |
| 000044 | Piccione, Keeley & Associates, Ltd.<br>122C South County Farm Road<br>Wheaton, IL 60187 | $ 13,598.81 | $ 0.00 | $ 0.00 |
| 000046B | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | $ 400.00 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                               Case No. 10-05971-CAD
Cutting Edge Millwork, Inc.                                          Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: dwilliams              Page 1 of 4          Date Rcvd: May 13, 2013
                              Form ID: pdf006              Total Noticed: 122


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2013.
db            Cutting Edge Millwork, Inc.,    c/o Dan Glod,    0 S. 295 Bealer Cr.,   Geneva, IL 60134-7174
aty          +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
               Wheaton, IL 60187-4547
15109439      AAA Cooper Transportation,    PO Box 102442,   Atlanta, GA 30368-2442
15109440      Aetna Plywood, Inc,   Lock Box 774315,    4315 Solutions Center,    Chicago, IL 60677-4003
15109441     +Alan B Carter,   900 S Lincoln Ave,    Park Ridge, IL 60068-4513
15109442     +Alexis C Seisser,   415 Prides Run,    Lake in the Hills, IL 60156-4865
15109443     +Amanda Nelson,   636 S 3rd St,    West Dundee, IL 60118-2812
15109444     +American Millwork Corp,    4840 Beck Drive,   Elkhart, IN 46516-9639
15109445     +Amy Metzger,   95 N Lincoln Ave,    Carpentersville, IL 60110-1714
15109446     +Andrea C Zukowski,   1416 Highland Ave,    Joliet, IL 60435-4219
15109447     +Anthony M Sell,   7N760 Sycamore Rd,    St Charles, IL 60175-6890
15109448     +Apex Financial Group, CPA's,    1652 E. Main Street,    Suite 100,   St. Charles, IL 60174-4728
15109449     +Architectural Accents, Inc.,    9760 Indiana Parkway,    Munster, IN 46321-4004
15109451     +Associated Bank, N.A.,   200 N. Adams St.,    Green Bay, WI 54301-5174
15109453     +Awsco,   4301 N James H Mcgee Blvd,    Dayton, OH 45417-9579
15109454     +Boston Mutual,   PO Box 55154,    Boston, MA 02205-5154
15109455     +Carter Millwork Inc,   4264 Old Linwood Rd,    PO Box 189,   Linwood, NC 27299-0189
15109456    #+Century Door & Lock Co., Ltd.,    1301 Landmeier Rd.,    Elk Grove, IL 60007-2411
15109457     +Cenveo Corporation,   One Canterbury Green,    201 Broad St. 6th Flr.,    Stamford, CT 06901-2004
15109459     +Chicago Fire & Burglar Detection,    636 Roosevelt Rd,   Glen Ellyn, IL 60137-5874
15109460     +Cook County Lumber,   200 E 130th Street,    Chicago, IL 60628-6998
15109461     +Cynthia K Minnear,   1069 Bluestem Ln,    Batavia, IL 60510-3303
15109462      Dan Glod,   0 S. 295 Bealer Cr.,    Geneva, IL 60134
15109463      Dan Glod,   0 S. 295 Bealer Cr.,    Geneva, IL 60134-7174
15109464     +Deltana Enterprises Inc.,   10820 NW 29th Street,    Miami, FL 33172-2149
15109465     +Door Systems Inc.,   751 Expressway Drive,    Itasca, IL 60143-1369
15109466     +Driwood Mouldings Company,    PO Box 1729,   Florence, SC 29503-1729
15109468      Empire Company, Inc.,   Department 7075,    Carol Stream, IL 60122-7075
15109469      Emtek Products, Inc.,   PO Box 31001-0823,    Pasadena, CA 91110-0823
15109470     +Express Hardware,   1203 S. Northwest Highway,    Barrington, IL 60010-5203
15109471     +Flexible Benefits Service Corp,    10275 W. Higgins Rd.,    #500,   Rosemont, IL 60018-3887
15187636     +Ford Motor Credit Company LLC,    P O Box 6275,   Dearborn, MI 48121-6275
15109474      Garelli & Grogan,   340 West Butterfield Road,    Suite 2A,   Elmhurst, IL 60126-5042
15109475      Gordon Flesch Co., Inc.,   PO Box 2290,    Madison, WI 53701-2290
15109476     +Great America Leasing Company,    625 First St. SE,    Cedar Rapids, IA 52401-2030
15109477      Great American Leasing Corp,    PO Box 660831,   Dallas, TX 75266-0831
15381959     +GreatAmerica Leasing Corp,    POB 609,   Cedar Rapids, IA 52406-0609
15109478     +Haas Cabinet Co., Inc.,   625 West Utica Street,    Sellersburg, IN 47172-1197
15109479     +Hafele America Company,    PO Box 75352,   Charlotte, NC 28275-0352
15109480     +Hager Companies,   139 Victor Street,    St. Louis, MO 63104-4724
15109481      Hinshaw & Culbertson LLP,   8142 Solutions Center Dr,    Chicago, IL 60677-8001
15109482      Humana Insurance Co,    PO Box 533,   Carol Stream, IL 60132-0533
15109483    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,     Bankruptcy Section Level 7-425,
               100 W. Randolph Street,   Chicago, IL 60602)
15912408     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
15884502      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
               Chicago, Illinois 60664-0338
15109484     +Illinois Paper Company,    6 Territorial Ct,   Bolingbrook, IL 60440-4662
15109485      Illinois Secretary of State,    Vehicle Records Processing,    501 S 2nd St, Room 424,
               Springfield, IL 62756-6666
15713123      Indiana Insurance Company,    PO Box MS #147,   Keene, NH 03431
15109486      Indiana Insurance Company,    PO Box 7906,   Loveland, OH 45140-7906
15109487     +Integrity Material Handling Services, In,    c/o John Kemic,    11932 Oak Creek Parkway,
               Huntley, IL 60142-6728
15109488     +Jay Rambo Co,   8401 East 41 Street,    Tulsa, OK 74145-3388
15109489      Jeld-Wen Windows & Doors,    IWP Custom Door Division,    Los Angeles, CA 90074-6873
15222052     +Jeld-Wen, Inc,   401 Harbor Isles Blvd,    Klamath Falls, OR 97601-1283
15109490    #+Jose M Avitia,   41 Vine St,   Elgin, IL 60123-6342
15109493     +Juan Carlos Salazar,   112 Woodland Ct,    Apt 3D,   Carpentersville, IL 60110-2172
15109494     +Justin Puchalla,   66 S Elmwood Dr,    Aurora, IL 60506-4900
15109495      Kits Glass,   110-2800 Viking Way,    Richmond, BC V6V 1N5,    Canada
15109496     +Koetter Woodworking, Inc.,    533 Louis Smith Rd,   Borden, IN 47106-8107
15109497     +Kurt W Muench,   1251 Ridge Rd,    Homewood, IL 60430-1916
15109499     +Lincolnwood Products, Inc.,    PO Box 375,   1400 West Taylor Street,    Merrill, WI 54452-2916
15109500      Ling-Menke Company, Inc.,    PO Box 3016,   Milwaukee, WI 53201-3016
15109501     +Luba B Dyker,   13N501 Chisholm Trail,    Elgin, IL 60124-7917
15109502     +Mahogany Wood Products,    308 Blackhawk Road,   Riverside, IL 60546-2304
15109503     +Mark A Muench,   10737 S Hoyne Ave,    Chicago, IL 60643-3308
15109504      Marvin Windows and Doors,    N.W. 7051,   PO Box 1450,    Minneapolis, MN 55485-7051
15109505     +Massoth & Company,   904 1/2 West Olive,    Springfield, MO 65806-1818
15109506     +McMahon and Company,    PO Box 336,   W213N16910 Industrial Dr,    Jackson, WI 53037-0336
```

```
District/off: 0752-1           User: dwilliams              Page 2 of 4                   Date Rcvd: May 13, 2013
                               Form ID: pdf006              Total Noticed: 122

15109507       Menards HSBC Business Solutions,    PO Box 5219,    Carol Stream, IL 60197-5219
15109508      +Mid Continent Cabinetry,    3020 Denmark Ave,    Suite 100,    Eagan, MN 55121-2417
15109510      +Miguel A Lechuga,    555 Wellington,    Elgin, IL 60120-7707
15109511       Moulding & Millwork, Inc,    2220 West Haven Avenue,    New Lennox, IL 60451
15109512      +Mullers Woodfield Acura,    1099 W. Higgins Rd.,    Schaumburg, IL 60169-4205
15109513       Nelson Door Company,    2245 CR 1500E,    Arthur, IL 61911-6024
15109514       Nobilus, LLC,    Dept CH 17793,    Palatine, IL 60055-7793
15109515      +NorCraft,   3020 Denmark Avenue,    Saint Paul, MN 55121-3486
15109516      +Northwoods Custom Builders Inc,    415 Prides Run,    Lake in the Hills, IL 60156-4865
15109517      +Owl Hardwood Lumber,    926 S Graceland Ave,    Rt 45,    Des Plaines, IL 60016-6510
15109521      +Palatine Builders Supply, Inc.,    2251 Nicholas Blvd,    Elk Grove Village, IL 60007-5927
15109522      +Patricia L Klima,    958 Mark St,    South Elgin, IL 60177-2511
15109523      +Pennville Custom Cabinetry,    PO Box 1266,    600 Votow,    Portland, IN 47371-1610
15109524     #+Peter F Hanson,    118 N 11th Avenue,    St Charles, IL 60174-2244
15109525      +Petroaliance,    739 North State Street,    Elgin, IL 60123-2144
15109526      +Piccione, Keeley & Assoc., Ltd.,    122 S Country Farm Rd,    Unit C,    Wheaton, IL 60187-4594
15760210      +Piccione, Keeley & Associates, Ltd.,    122C South County Farm Road,    Wheaton, IL 60187-4594
15109529      +Planned Intergraphics,    PO Box 163,    South Elgin, IL 60177-0163
15109535      +RGP Construction Ltd,    160 Flagstaff Lane,    Hoffman Estates, IL 60169-3222
15109530      +Ras Industries,    12 Arentzen Blvd,    Charleroi, PA 15022-1060
15109531      +Rathje & Woodward, LLC,    300 E Roosevelt Rd,    Wheaton, IL 60187-1908
15109533       Rayner & Rinn-Scott, Inc.,    6755 S. Old Harlem Ave.,    Chicago, IL 60638-4732
15109532      +Rayner & Rinn-Scott, Inc.,    PO Box 362,    Summit, IL 60501-0362
15109534      +Resinart East Inc.,    201 Old Airport Road,    Fletcher, NC 28732-9273
15109536       Richelieu (ZUS),    7021 Sterling Ponds Blvd,    Sterling Heights, MI 48312-5809
15109537      +Roadway Towing,    1600 N La Fox,    South Elgin, IL 60177-1248
15109538       Sandow Media Corp,    3721 NW 8th Ave,    Boca Raton, FL 33431
15109539      +Seal Rite,    PO Box 1414,    Pataskala, OH 43062-1414
15109540       Semco/Ling-Menke Company, Inc.,    P.O. Box 3016,    Milwaukee, WI 53201-3016
15109541      +Somerset Door and Column,    174 Sagamore Street,    Somerset, PA 15501-7700
15109542      +Sparks Reprographics,    306 Anderson Blvd,    Geneva, IL 60134-1206
15109543     #+Suburban Life Publications,    1101 W 31st,    Suite 100,    Downers Grove, IL 60515-5581
15109544       Tapco Group,    29797 Beck Road,    Wixom, MI 48393-2834
15109545       The Donas Group, Inc.,    3550 West Salt Creek Lane,    Suite 110,
                 Arlington Heights, IL 60005-1091
15371813      +The Empire Company, Inc,    Coface North America, Inc,    50 Millstone Road,
                 East Windsor, NJ 08520-1415
15274688      +Tom Sorrentino,    3 Juniper Road,    Rolling Meadows, IL 60008-2336
15109546      +Top Knobs,    PO Box 779,    Belle Mead, NJ 08502-0779
15109547     #+Ultra-Flex Mouldings, Inc.,    PO Box 462830,    Escondido, CA 92046-2830
15109548      +Unifirst Corporation,    2045 North 17th Avenue,    Melrose Park, IL 60160-1347
15109549      +Unique Screens, Inc.,    2060 Aspen Drive,    Algonquin, IL 60102-4287
15109550      +United Propane & Energy,    3805 Clearview Ct.,    Gurnee, IL 60031-1247
15109551       Waste Management West,    PO Box 90013,    Louisville, KY 40290-1335
15109552       Weather Shield,    PO Box 309,    Medford, WI 54451-0309
15109553      +Wellborn Cabinet, Inc.,    PO Box 1210,    Hwy 77,    Ashland, AL 36251-1210
15109554      +Western Building Products, Inc.,    Bin # 489,    Milwaukee, WI 53288-0001
15109555      +Woodharbor Doors & Cabinetry,    3277 Ninth Street SW,    Maosn City, IA 50401-7318
15109556      +Woodmac Industries, Inc.,    3233 Holeman Ave S,    Chicago Heights, IL 60411-5515
15109557      +Woolf,    8550 Ridgefield Rd,    Crystal Lake, IL 60012-2802
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15109452       E-mail/Text: g20956@att.com May 14 2013 00:37:11      AT & T Mobility,    PO Box 6463,
                 Carol Stream, IL 60197-6463
15109518       E-mail/Text: bankruptcy@paetec.com May 14 2013 03:19:35      Paetec,    PO Box 3243,
                 Milwaukee, WI 53201-3243
15109519       E-mail/Text: bankruptcy@paetec.com May 14 2013 03:19:35      Paetec,    P.O. Box 3177,
                 Cedar Rapids, IA 52406-3177
15109527       E-mail/Text: bankruptcy@pb.com May 14 2013 00:37:28      Pitney Bowes,    Global Financial,
                 PO Box 856460,    Louisville, KY 40285-6460
15109528       E-mail/Text: bankruptcy@pb.com May 14 2013 00:37:29      Pitney Bowes,    Purchase Power,
                 PO Box 856042,    Louisville, KY 40285-6042
15495951      +E-mail/Text: bankruptcy@pb.com May 14 2013 00:37:29      Pitney Bowes Inc,
                 4901 Belfort Rd, Ste 120,    Jacksonville FL 32256-6016
15492450       E-mail/Text: resurgentbknotifications@resurgent.com May 14 2013 00:31:06      Roundup Funding, LLC,
                 MS 550,    PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Paychex Inc
aty           Steven W Mayberry
aty           Wood & Mayberry
15109491      JRD
15109473*    +Frank Lauria,    322 Brownstone Dr.,    Saint Charles, IL 60174-2843
```

```
District/off: 0752-1          User: dwilliams           Page 3 of 4                   Date Rcvd: May 13, 2013
                              Form ID: pdf006          Total Noticed: 122

15109450    ##+Architectural Impressions,    11 W. College Dr.,   Unit M,   Arlington Heights, IL 60004-1900
15109458    ##+Chicago Brass,   7 Prairie Ave.,   Highwood, IL 60040-1711
15109467    ##+Edmund Allen Lumber Company,    PO Box 290,   117 Industrial Drive,    Momence, IL 60954-3903
15109472    ##+Frank Lauria,   322 Brownstone Dr.,   Saint Charles, IL 60174-2843
15109492    ##+JRD Development,    P.O. Box 3970,   Saint Charles, IL 60174-9083
15109498    ##+Larsen Packaging Products, Inc.,    120 Internationale Blvd,   Glendale Heights, IL 60139-2094
15109509     ##Midwest Jobbers,   3620 Ohio Ave,   St. Charles, IL 60174-5496
15109520    ##+Paetzold Design, LLC,   4 N 3rd Street,   St. Charles, IL 60174-1808
                                                                                            TOTALS: 4, * 1, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2013**              **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: dwilliams              Page 4 of 4                  Date Rcvd: May 13, 2013
                              Form ID: pdf006             Total Noticed: 122


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2013 at the address(es) listed below:
              Carl F Safanda     on behalf of Trustee Roy   Safanda csafanda@xnet.com
              Carl F. Safanda, Esq    on behalf of Trustee Roy   Safanda rsafanda@xnet.com
              Christopher H Purcell     on behalf of Creditor    Ford Motor Credit Company LLC shermlaw13@aol.com
              David J Frankel     on behalf of Creditor    Honda Lease Trust dfrankel@sormanfrankel.com,
               bbehanna@sormanfrankel.com
              Elizabeth A. Bates     on behalf of Plaintiff Roy   Safanda ebates@springerbrown.com
              Elizabeth A. Bates     on behalf of Trustee Roy   Safanda ebates@springerbrown.com
              Jon N. Dowat     on behalf of Defendant    Woodmac Industries Incorporated tobadmin@comcast.net,
               atty_dowat@bluestylus.com
              Kent A Gaertner     on behalf of Debtor    Cutting Edge Millwork, Inc. kgaertner@springerbrown.com,
               kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
              Michele M Springer     on behalf of Trustee Roy   Safanda mspringer@springerbrown.com,
               marigonzo@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roy  Safanda     on behalf of Trustee Roy   Safanda rsafanda@xnet.com,    rsafanda@ecf.epiqsystems.com
              Roy  Safanda     rsafanda@xnet.com,    rsafanda@ecf.epiqsystems.com
              Thomas E Springer     on behalf of Trustee Roy   Safanda tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
              Thomas E Springer     on behalf of Plaintiff Roy   Safanda tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
                                                                                             TOTAL: 14
```