# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                         §
                                               §
CUTTING EDGE MILLWORK, INC.                    §        Case No. 10-05971
                                               §
            Debtor(s)                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Roy Safanda _____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Bank, N.A. 200 N. Adams St. Green Bay, WI 54307-9097 | | | | | |
| 000001 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| INTER, SURE. | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| CLERK OF THE US BANKRUPTCY COURT | | | | | |
| IRS | | | | | |
| IRS | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| U.S. TREASURY | | | | | |
| ILLINOIS DEPT. OF EMPLOYMENT SECURI | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| ASSOC. BK. | | | | | |
| ASSOC. BK. | | | | | |
| ROY SAFANDA, ATTORNEY FOR TRUSTEE | | | | | |
| THOMAS E. SPRINGER | | | | | |
| PAYCHEX, INC. | | | | | |
| GEORGE E. RICHESON | | | | | |
| MARTIN | | | | | |
| MARTIN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Andrea C Zukowski 1416 Highland Ave Joliet, IL 60435 | | | | | |
| | Cynthia K Minnear 1069 Bluestem Ln Batavia, IL 60510 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | | | | |
| | Kurt W Muench 1251 Ridge Rd Homewood, IL 60430 | | | | | |
| | Luba B Dyker 39W015 Chisholm Trail Elgin, IL 60124 | | | | | |
| | Mark A Muench 10737 S Hoyne Ave Chicago, IL 60643 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Patricia L Klima 958 Mark St South Elgin, IL 60177 | | | | | |
| | Peter F Hanson 118 N 11th Avenue St Charles, IL 60174 | | | | | |
| | ALAN B. CARTER | | | | | |
| | ALEXIS C. SEISSER | | | | | |
| | AMANDA NELSON | | | | | |
| | AMY METZGER | | | | | |
| | ANTHONY M. SELL | | | | | |
| | JOSE M. AVITIA | | | | | |
| | JUAN CARLOS SALAZAR | | | | | |
| | JUSTIN PUCHALLA | | | | | |
| | KURT W. MUENCH | | | | | |
| | LUBA B. DYKER | | | | | |
| | MARK A. MUENCH | | | | | |
| | MIGUEL A. LECHUGA | | | | | |
| 000034 | ALAN B CARTER | | | | | |
| 000018 | ALEXIS C SEISSER | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000032 | AMANDA NELSON | | | | | |
| 000035 | AMY METZGER | | | | | |
| 000043 | ANTHONY M SELL | | | | | |
| 000046A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000045A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000002A | JELD-WEN, INC | | | | | |
| 000038 | JOSE M AVITIA | | | | | |
| 000036 | JUAN CARLOS SALAZAR | | | | | |
| 000041 | JUSTIN PUCHALLA | | | | | |
| 000027 | KURT W MUENCH | | | | | |
| 000010 | MARK A MUENCH | | | | | |
| 000037 | MIGUEL A LECHUGA | | | | | |
| 000030 | MOULDING & MILLWORK, INC | | | | | |
| 000021 | NELSON DOOR COMPANY | | | | | |
| 000016A | THE DONAS GROUP, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UNITED STATES TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AAA Cooper Transportation PO Box 102442 Atlanta, GA 30368-2442 | | | | | |
| | AT & T Mobility PO Box 6463 Carol Stream, IL 60197-6463 | | | | | |
| | Aetna Plywood, Inc Lock Box 774315 4315 Solutions Center Chicago, IL 60677-4003 | | | | | |
| | American Millwork Corp 4840 Beck Drive Elkhart, IN 46516 | | | | | |
| | Apex Financial Group, CPA's 1652 E. Main Street Suite 100 St. Charles, IL 60174 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Architectural Accents, Inc. 9760 Indiana Parkway Munster, IN 46321 | | | | | |
| | Architectural Impressions 11 W. College Dr. Unit M Arlington Heights, IL 60004 | | | | | |
| | Boston Mutual PO Box 55154 Boston, MA 02205-5514 | | | | | |
| | Carter Millwork Inc 4264 Old Linwood Rd PO Box 189 Linwood, NC 27299 | | | | | |
| | Chicago Brass 7 Prairie Ave Highwood, IL 60040 | | | | | |
| | Chicago Fire & Burglar Detection 636 Roosevelt Rd Glen Ellyn, IL 60137 | | | | | |
| | Door Systems Inc. 751 Expressway Drive Itasca, IL 60143 | | | | | |
| | Driwood Mouldings Company PO Box 1729 Florence, SC 29503 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Emtek Products, Inc. PO Box 31001-0823 Pasadena, CA 91110-0823 | | | | | |
| | Flexible Benefits Service Corp 10275 W. Higgins Rd. #500 Rosemont, IL 60018 | | | | | |
| | Garelli & Grogan 340 West Butterfield Road Suite 2A Elmhurst, IL 60126-5042 | | | | | |
| | Gordon Flesch Co., Inc. PO Box 2290 Madison, WI 53701-2290 | | | | | |
| | Great American Leasing Corp PO Box 660831 Dallas, TX 75266-0831 | | | | | |
| | Hinshaw & Culbertson LLP 8142 Solutions Center Dr Chicago, IL 60677-8001 | | | | | |
| | Humana Insurance Co PO Box 533 Carol Stream, IL 60132-0533 | | | | | |
| | Illinois Paper Company 6 Territorial Ct Bolingbrook, IL 60440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Secretary of State Vehicle Records Processing 501 S 2nd St, Room 424 Springfield, IL 62756-6666 | | | | | |
| | Integrity Material Handling Serv 11932 Oak Creek Pkwy Unit R Huntley, IL 60142 | | | | | |
| | JRD | | | | | |
| | Kits Glass 110-2800 Viking Way Richmond, BC V6V 1N5 Canada | | | | | |
| | Koetter Woodworking, Inc. 533 Louis Smith Rd Borden, IN 47106 | | | | | |
| | Larsen Packaging Products, Inc. 120 Internationale Blvd Glendale Heights, IL 60139 | | | | | |
| | Lincolnwood Products, Inc. PO Box 375 1400 West Taylor Street Merrill, WI 54452-0375 | | | | | |
| | Ling-Menke Company, Inc. PO Box 3016 Milwaukee, WI 53201-3016 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mahogany Wood Products 308 Blackhawk Road Riverside, IL 60546 | | | | | |
| | Marvin Windows and Doors N.W. 7051 PO Box 1450 Minneapolis, MN 55485-7051 | | | | | |
| | McMahon and Company PO Box 336 W213N16910 Industrial Dr Jackson, WI 53037 | | | | | |
| | Menards HSBC Business Solutions PO Box 5219 Carol Stream, IL 60197-5219 | | | | | |
| | Midwest Jobbers 3620 Ohio Ave St. Charles, IL 60174-5496 | | | | | |
| | Moulding & Millwork, Inc 2220 West Haven Avenue New Lennox, IL 60451 | | | | | |
| | Nelson Door Company RR 2 Box 50-C Arthur, IL 61911 | | | | | |
| | Nobilus, LLC Dept CH 17793 Palatine, IL 60055-7793 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NorCraft 3020 Denmark Avenue Saint Paul, MN 55121 | | | | | |
| | Paetec PO Box 3243 Milwaukee, WI 53201-3243 | | | | | |
| | Paetzold Design, LLC 4 N 3rd Street St. Charles, IL 60174 | | | | | |
| | Palatine Builders Supply, Inc. 2251 Nicholas Blvd Elk Grove Village, IL 60007 | | | | | |
| | Pennville Custom Cabinetry PO Box 1266 600 Votow Portland, IN 47371 | | | | | |
| | Petroaliance 739 North State Street Elgin, IL 60123 | | | | | |
| | Pitney Bowes Purchase Power PO Box 856042 Louisville, KY 40285-6042 | | | | | |
| | Planned Intergraphics PO Box 163 South Elgin, IL 60177 | | | | | |
| | RGP Construction Ltd 160 Flagstaff Lane Hoffman Estates, IL 60169 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ras Industries 12 Arentzen Blvd Charleroi, PA 15022-1591 | | | | | |
| | Rathje & Woodward, LLC 300 E Roosevelt Rd Wheaton, IL 60189 | | | | | |
| | Resinart East Inc. 201 Old Airport Road Fletcher, NC 28732 | | | | | |
| | Richelieu (ZUS) 7021 Sterling Ponds Blvd Sterling Heights, MI 48312-5809 | | | | | |
| | Roadway Towing 1600 N La Fox South Elgin, IL 60177 | | | | | |
| | Sandow Media Corp 3721 NW 8th Ave Boca Raton, FL 33431 | | | | | |
| | Seal Rite PO Box 1414 Pataskala, OH 43066 | | | | | |
| | Semco/Ling-Menke Company, Inc. P.O. Box 3016 Milwaukee, WI 53201-3016 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Somerset Door and Column 174 Sagamore Street Somerset, PA 15501 | | | | | |
| | Sparks Reprographics 306 Anderson Blvd Geneva, IL 60134 | | | | | |
| | Suburban Life Publications 1101 W 31st Suite 100 Downers Grove, IL 60515 | | | | | |
| | Top Knobs PO Box 779 Belle Mead, NJ 08502 | | | | | |
| | Unifirst Corporation 2045 North 17th Avenue Melrose Park, IL 60160 | | | | | |
| | Unique Screens, Inc. 2060 Aspen Drive Algonquin, IL 60102 | | | | | |
| | United Propane & Energy 3805 Clearview Ct. Gurnee, IL 60031 | | | | | |
| | Waste Management West PO Box 90013 Louisville, KY 40290-1335 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wellborn Cabinet, Inc. PO Box 1210 Hwy 77 Ashland, AL 36251 | | | | | |
| | Western Building Products, Inc. Bin # 489 Milwaukee, WI 53288 | | | | | |
| | Woodharbor Doors & Cabinetry 3277 Ninth Street SW Maosn City, IA 50401 | | | | | |
| 000033 | AWSCO | | | | | |
| 000011 | CENTURY DOOR & LOCK CO., LTD. | | | | | |
| 000019 | COOK COUNTY LUMBER | | | | | |
| 000005 | DELTANA ENTERPRISES INC. | | | | | |
| 000004 | EDMUND ALLEN LUMBER COMPANY | | | | | |
| 000015 | EXPRESS HARDWARE | | | | | |
| 000008 | GREATAMERICA LEASING CORP | | | | | |
| 000013 | HAAS CABINET CO., INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | HAFELE AMERICA COMPANY | | | | | |
| 000025 | HAGER COMPANIES | | | | | |
| 000046B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000042 | INDIANA INSURANCE COMPANY | | | | | |
| 000040 | JAY RAMBO CO | | | | | |
| 000002B | JELD-WEN, INC | | | | | |
| 000009 | LUBA B DYKER | | | | | |
| 000026 | MARVIN WINDOWS AND DOORS | | | | | |
| 000031 | MASSOTH & COMPANY | | | | | |
| 000012 | MID CONTINENT CABINETRY | | | | | |
| 000017 | NORTHWOODS CUSTOM BUILDERS INC | | | | | |
| 000020 | OWL HARDWOOD LUMBER | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000044 | PICCIONE, KEELEY & ASSOCIATES, LTD. | | | | | |
| 000029 | PITNEY BOWES INC | | | | | |
| 000024 | RAYNER & RINN-SCOTT, INC. | | | | | |
| 000028 | ROUNDUP FUNDING, LLC | | | | | |
| 000023 | TAPCO GROUP | | | | | |
| 000016B | THE DONAS GROUP, INC. | | | | | |
| 000003 | THE EMPIRE COMPANY, INC | | | | | |
| 000006 | ULTRA-FLEX MOULDINGS, INC. | | | | | |
| 000022 | WEATHER SHIELD | | | | | |
| 000007 | WOODMAC INDUSTRIES, INC. | | | | | |
| 000039 | WOOLF | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 10-05971   MB   Judge: Manuel Barbosa |
|---|---|
| Case Name: | CUTTING EDGE MILLWORK, INC. |
| For Period Ending: | 12/01/13 |

| Trustee Name: | Roy Safanda |
|---|---|
| Date Filed (f) or Converted (c): | 02/16/10 (f) |
| 341(a) Meeting Date: | 03/22/10 |
| Claims Bar Date: | 06/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Acct. | 41,097.85 | 0.00 | | 0.00 | FA |
| 2. Sec. Dep | 13,490.68 | 0.00 | | 0.00 | FA |
| 3. AR | 324,385.00 | 0.00 | | 0.00 | FA |
| 4. Loan | 70,688.85 | 0.00 | | 0.00 | FA |
| 5. Motor Vehicles | 80,000.00 | 50,000.00 | | 32,863.34 | FA |
| 6. Equip. | 42,000.00 | 0.00 | | 10,000.00 | FA |
| 7. Inventory | 45,000.00 | 0.00 | | 10,000.00 | FA |
| 8. Office Supp. | 8,000.00 | 0.00 | | 3,000.00 | FA |
| 9. Ins. Div(u) | 0.00 | 0.00 | | 28.08 | FA |
| 10. Adv. V. Comp. (u) | 0.00 | 0.00 | | 2,500.00 | FA |
| 11. Interest (u) | Unknown | N/A | | 1,945.06 | Unknown |
| 12. Avoid. Fraudulent Transfers (u) | 0.00 | 0.00 | | 70,538.80 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $624,662.38 | $50,000.00 | | $130,875.28 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Preference review commenced.

Initial Projected Date of Final Report (TFR): 01/01/12        Current Projected Date of Final Report (TFR): 01/01/13

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-05971  -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | CUTTING EDGE MILLWORK, INC. | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******9774  Checking Account |
| Taxpayer ID No: | *******2295 | | Old Account #'s: | 1: *******9974      2: |
| For Period Ending: | 12/01/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/21/10 | 9 | North Mut. | Ins. Div | 1123-000 | 17.58 | | 17.58 |
| 06/25/10 | 5 | Ford Credit | Sale of Auto | 1129-000 | 7,756.17 | | 7,773.75 |
| 07/06/10 | * NOTE * | Martin | Auction Proceeds | 1129-000 | 43,607.17 | | 51,380.92 |
| | | | * NOTE *  Properties 5, 6, 7, 8 | | | | |
| 07/06/10 | 000005 | Martin | Matin | 3610-000 | | 4,143.67 | 47,237.25 |
| 07/07/10 | | Old 2nd NB | Transfer to MM | 9999-000 | | 40,000.00 | 7,237.25 |
| 07/13/10 | 10 | Creative | Settle | 1149-000 | 2,500.00 | | 9,737.25 |
| 10/22/10 | 5 | Martin | Sale of Auto | 1129-000 | 4,500.00 | | 14,237.25 |
| 10/22/10 | 001001 | Martin | Comm. | 3610-000 | | 472.50 | 13,764.75 |
| 01/28/11 | 9 | North Mut. | Ins. Div | 1123-000 | 10.50 | | 13,775.25 |
| 01/31/11 | 001002 | Assoc. Bk. | Subpeona Fee | 2990-000 | | 50.00 | 13,725.25 |
| * 02/09/11 | 001003 | Assoc. Bk. | Subpeona Fee | 2990-003 | | 300.00 | 13,425.25 |
| 02/16/11 | 001004 | Inter, Sure. | Bond Premium | 2300-000 | | 48.00 | 13,377.25 |
| * 02/25/11 | 001003 | Assoc. Bk. | Subpeona Fee | 2990-003 | | -300.00 | 13,677.25 |
| | | | Refund | | | | |
| 02/25/11 | 001005 | Assoc. Bk. | Subpeona Fee | 2990-000 | | 82.10 | 13,595.15 |
| 04/01/11 | | Transfer from Acct #*******0129 | Bank Funds Transfer | 9999-000 | 40,059.87 | | 53,655.02 |
| 04/14/11 | 001006 | The Estate of Cutting Edge Millwork | Transf. funds to Cap One | 9999-000 | | 53,655.02 | 0.00 |

| | Page Subtotals | 98,451.29 | 98,451.29 |
|---|---|---|---|

Ver: 17.03

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-05971 -MB |
| Case Name: | CUTTING EDGE MILLWORK, INC. |
| Taxpayer ID No: | *******2295 |
| For Period Ending: | 12/01/13 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Old Second National Bank |
| Account Number / CD #: | *******9774  Checking Account |
| Old Account #'s: | 1: *******9974      2: |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 98,451.29 | 98,451.29 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 40,059.87 | 93,655.02 | |
| | | | Subtotal | | 58,391.42 | 4,796.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 58,391.42 | 4,796.27 | |

Page Subtotals                    0.00                    0.00

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| | |
|---|---|
| Case No: | 10-05971 -MB |
| Case Name: | CUTTING EDGE MILLWORK, INC. |
| Taxpayer ID No: | *******2295 |
| For Period Ending: | 12/01/13 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Old Second National Bank |
| Account Number / CD #: | *******0129  Money Market Account |
| Old Account #'s: | 1: *******2295   2: |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/07/10 | | Old 2nd NB | Transfer from Checking | 9999-000 | 40,000.00 | | 40,000.00 |
| 07/31/10 | 11 | Old Second National Bank | Interest | 1270-000 | 6.79 | | 40,006.79 |
| 08/03/10 | 11 | Old Second National Bank | Interest | 1270-000 | 6.58 | | 40,013.37 |
| 09/30/10 | 11 | Old Second National Bank | Interest | 1270-000 | 6.57 | | 40,019.94 |
| 10/31/10 | 11 | Old Second National Bank | Interest | 1270-000 | 6.80 | | 40,026.74 |
| 11/30/10 | 11 | Old Second National Bank | Interest | 1270-000 | 6.58 | | 40,033.32 |
| 12/31/10 | 11 | Old Second National Bank | Interest | 1270-000 | 6.80 | | 40,040.12 |
| 01/31/11 | 11 | Old Second National Bank | Interest | 1270-000 | 6.80 | | 40,046.92 |
| 02/28/11 | 11 | Old Second National Bank | Interest | 1270-000 | 6.15 | | 40,053.07 |
| 03/31/11 | 11 | Old Second National Bank | Interest | 1270-000 | 6.80 | | 40,059.87 |
| 04/01/11 | | Transfer to Acct #*******9774 | Bank Funds Transfer | 9999-000 | | 40,059.87 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 40,059.87 | 40,059.87 | 0.00 |
| Less:  Bank Transfers/CD's | 40,000.00 | 40,059.87 | |
| Subtotal | 59.87 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 59.87 | 0.00 | |

Page Subtotals                 40,059.87          40,059.87

Ver: 17.03

FORM 2                                                                                      Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                           Exhibit 9

| Case No: | 10-05971  -MB | | | Trustee Name: | Roy Safanda | |
| Case Name: | CUTTING EDGE MILLWORK, INC. | | | Bank Name: | UNION BANK | |
| | | | | Account Number / CD #: | *******5675  Checking Account | |
| Taxpayer ID No: | *******2295 | | | | | |
| For Period Ending: | 12/01/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 5,652.37 | | 5,652.37 |
| 01/03/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 65,009.21 | | 70,661.58 |
| 01/15/13 | 12 | Jay Rambo Company<br>8401 E. 41St St.<br>Tulsa, OK  74145 | Prefernece Settlement | 1241-000 | 920.00 | | 71,581.58 |
| 01/26/13 | 010001 | Thomas E. Springer<br>Springer, Brown et al.<br>400 S. County Farm Rd., Ste. 300 | Special Counsel Comp and Expenses | 3210-000 | | 19,588.05 | 51,993.53 |
| 02/16/13 | 12 | Jay Rambo<br>8401 East 41st St.<br>Tulsa, OK  74145 | Avoid Fraud. Transfer | 1241-000 | 920.00 | | 52,913.53 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 84.82 | 52,828.71 |
| 03/09/13 | 12 | Jay Rambo Company<br>8401 E. 41St. St.<br>Tulsa, OK  74145 | Avoid Fraud. Transfer | 1241-000 | 880.00 | | 53,708.71 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 96.52 | 53,612.19 |
| 08/10/13 | 010002 | Roy Safanda<br>111 East Side Drive<br>Geneva, IL  60134 | Chapter 7 Compensation/Expense | | | 14,305.21 | 39,306.98 |
| | | | Fees          13,543.76 | 2100-000 | | | |
| | | | Expenses          761.45 | 2200-000 | | | |
| 08/10/13 | 010003 | Roy Safanda, Attorney for Trustee | Claim 3110, Payment 100.00000% | 3110-000 | | 9,131.25 | 30,175.73 |
| 08/10/13 | 010004 | Jeld-Wen, Inc<br>401 Harbor Isles Blvd<br>Klamath Falls, OR 97601 | Claim 000002A, Payment 99.68123% | 5800-000 | | 5,594.31 | 24,581.42 |
| 08/10/13 | 010005 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338 | Claim 000045A, Payment 99.68117% | 5800-000 | | 9,620.13 | 14,961.29 |

Page Subtotals          73,381.58          58,420.29

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   5

Exhibit 9

| Case No: | 10-05971  -MB | Trustee Name: | Roy Safanda |
| Case Name: | CUTTING EDGE MILLWORK, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5675  Checking Account |
| Taxpayer ID No: | *******2295 | | |
| For Period Ending: | 12/01/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/10/13 | 010006 | Chicago, Illinois 60664-0338 Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Claim 000046A, Payment 99.68113% | 5800-000 | | 14,961.29 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 73,381.58 | 73,381.58 | 0.00 |
| | Less:  Bank Transfers/CD's | 70,661.58 | 0.00 | |
| | Subtotal | 2,720.00 | 73,381.58 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 2,720.00 | 73,381.58 | |

Page Subtotals                    0.00              14,961.29

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 25)*

FORM 2    Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-05971 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | CUTTING EDGE MILLWORK, INC. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7315 Money Market Account |
| Taxpayer ID No: | *******2295 | | | |
| For Period Ending: | 12/01/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/11 | | The Estate of Cutting Edge Millwork | Transf. funds to Cap One | 9999-000 | 53,655.02 | | 53,655.02 |
| 05/31/11 | 11 | Capital One | Interest Rate 0.000 | 1270-000 | 6.04 | | 53,661.06 |
| 06/30/11 | 11 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 3.53 | | 53,664.59 |
| 07/29/11 | 11 | Capital One | Interest Rate 0.000 | 1270-000 | 3.65 | | 53,668.24 |
| 08/16/11 | | Transfer to Acct #*******7323 | Bank Funds Transfer | 9999-000 | | 10,000.00 | 43,668.24 |
| 08/31/11 | 11 | Capital One | Interest Rate 0.000 | 1270-000 | 2.88 | | 43,671.12 |
| 09/30/11 | 11 | Capital One | Interest Rate 0.080 | 1270-000 | 2.87 | | 43,673.99 |
| 10/17/11 | | Transfer to Acct #*******7323 | Bank Funds Transfer | 9999-000 | | 35,000.00 | 8,673.99 |
| 10/31/11 | 11 | Capital One | Interest Rate 0.080 | 1270-000 | 1.89 | | 8,675.88 |
| 11/21/11 | 000101 | Clerk of the US Bankruptcy Court | Adversary Filing Fees | 2700-000 | | 2,051.00 | 6,624.88 |
| 11/30/11 | 11 | Capital One | Interest Rate 0.080 | 1270-000 | 0.54 | | 6,625.42 |
| 12/30/11 | 11 | Capital One | Interest Rate 0.080 | 1270-000 | 0.45 | | 6,625.87 |
| 01/31/12 | 11 | Capital One | Interest Rate 0.080 | 1270-000 | 0.45 | | 6,626.32 |
| 02/29/12 | 11 | Capital One | Interest Rate 0.080 | 1270-000 | 0.42 | | 6,626.74 |
| 03/30/12 | 11 | Capital One | Interest Rate 0.080 | 1270-000 | 0.45 | | 6,627.19 |
| 04/12/12 | 12 | Jay Rambo Company 8401 E. 41st St. Tulsa, OK 74145 | Unscheduled Preferential Transfer | 1241-000 | 920.00 | | 7,547.19 |
| 04/30/12 | 11 | Capital One | Interest Rate 0.080 | 1270-000 | 0.46 | | 7,547.65 |
| 05/07/12 | 12 | Jay Rambo Company 8401 E. 41st Street Tulsa, OK 74145 | Preference Settlement | 1241-000 | 920.00 | | 8,467.65 |
| 05/31/12 | 11 | Capital One | Interest Rate 0.080 | 1270-000 | 0.56 | | 8,468.21 |
| 06/07/12 | 12 | Jay Rambo Company 8401 E. 41st St. Tulsa, OK 74145 | Preference Settlement | 1241-000 | 920.00 | | 9,388.21 |
| 06/29/12 | 11 | Capital One | Interest Rate 0.080 | 1270-000 | 0.60 | | 9,388.81 |
| 07/02/12 | 12 | Jay Rambo Company | Preference Settlement | 1241-000 | 920.00 | | 10,308.81 |

Page Subtotals    57,359.81    47,051.00

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 26)*

FORM 2                                                                    Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                         Exhibit 9

| | |
|---|---|
| Case No: | 10-05971  -MB |
| Case Name: | CUTTING EDGE MILLWORK, INC. |
| | |
| Taxpayer ID No: | *******2295 |
| For Period Ending: | 12/01/13 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7315  Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 8401 E. 41st St.<br>Tulsa, OK  74145 | | | | | |
| 07/18/12 | 12 | Woodmac Industries, Inc.<br>3233 Holemann Ave.<br>South Chicago, Heights, IL  60411 | Preference Settlement | 1241-000 | 1,000.00 | | 11,308.81 |
| 07/31/12 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 0.72 | | 11,309.53 |
| 08/01/12 | 12 | Jay Ramo Company<br>8401 E. 41st St.<br>Tulsa, OK  74145 | Preference Settlement | 1241-000 | 920.00 | | 12,229.53 |
| 08/06/12 | 12 | Marvin Windows & Doors<br>Marvin Lumber & Cedar Co.<br>Warroad, MN  56763-0100 | Preferense Settlement | 1241-000 | 47,000.00 | | 59,229.53 |
| 08/20/12 | 12 | Nelson Door Company<br>Nelson or Ruth Diener<br>2245 County Rd., 1500 E<br>Arthur, IL  61911 | Preference Settlement | 1241-000 | 3,000.00 | | 62,229.53 |
| 08/31/12 | 12 | Jay Rambo Company<br>8401 East 41st St.<br>Tulsa, OK  74145 | Preference Settlement | 1241-000 | 920.00 | | 63,149.53 |
| 08/31/12 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 3.36 | | 63,152.89 |
| 09/28/12 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 4.13 | | 63,157.02 |
| 10/12/12 | 11 | Jay Rambo Company<br>8401 E. 41st St.<br>Tulsa, OK  74145 | Preference Settlement | 1241-000 | 920.00 | | 64,077.02 |
| 10/31/12 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 4.31 | | 64,081.33 |
| 11/30/12 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 4.20 | | 64,085.53 |
| 12/05/12 | 11 | Jay Rambo Company<br>8401 E. 41st St.<br>Tulsa, OK  74145 | Preference Settlement | 1241-000 | 920.00 | | 65,005.53 |

Page Subtotals                                   54,696.72           0.00

Ver: 17.03

FORM 2                                                                                                    Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| Case No: | 10-05971  -MB | | Trustee Name: | Roy Safanda |
| Case Name: | CUTTING EDGE MILLWORK, INC. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7315  Money Market Account |
| Taxpayer ID No: | *******2295 | | | |
| For Period Ending: | 12/01/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/27/12 | 11 | Capital One | Interest Rate  0.080 | 1270-000 | 3.68 | | 65,009.21 |
| 01/03/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 65,009.21 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 112,060.21 | 112,060.21 | 0.00 |
| Less:  Bank Transfers/CD's | | 53,655.02 | 110,009.21 | |
| Subtotal | | 58,405.19 | 2,051.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 58,405.19 | 2,051.00 | |

|  |  |  |
|---|---|---|
| Page Subtotals | 3.68 | 65,009.21 |

Ver: 17.03

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-05971  -MB | |
| Case Name: | CUTTING EDGE MILLWORK, INC. | |

| | |
|---|---|
| Taxpayer ID No: | *******2295 |
| For Period Ending: | 12/01/13 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7323  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/16/11 | | Transfer from Acct #*******7315 | Bank Funds Transfer | 9999-000 | 10,000.00 | | 10,000.00 |
| 08/16/11 | 001001 | Paychex, Inc. POB 4482 Carol Stream, IL 60197-4482 | Client No. 0052-0052-BL33 | 3220-000 | | 1,201.57 | 8,798.43 |
| 08/24/11 | 12 | Door Systems, Inc. 751 Expressway Dr. Itasca, IL  60143-1369 | | 1241-000 | 1,200.00 | | 9,998.43 |
| 08/24/11 | 12 | Hager Companies 139 Victor Street St. Louis, MO  63104-4736 | | 1241-000 | 3,134.80 | | 13,133.23 |
| 08/30/11 | 12 | American Millwork Corp. 4840 Beck Drive Elkhart, IN  46516 | | 1241-000 | 1,000.00 | | 14,133.23 |
| 10/05/11 | 12 | Nobilus, LLC 2705 North 4600 West Corinne, UT  84307 | Pref. Pymt | 1241-000 | 1,544.00 | | 15,677.23 |
| 10/17/11 | | Transfer from Acct #*******7315 | Bank Funds Transfer | 9999-000 | 35,000.00 | | 50,677.23 |
| 11/02/11 | 001002 | Luba B. Dyker 13N501 Chisholm Trail Elgin, IL  60124-7920 | Wage Claim | 5300-000 | | 1,808.77 | 48,868.46 |
| 11/02/11 | 001003 | Mark A. Muench 10737 S. Hoyne Ave. Chicago, IL 60643 | Wage Claim | 5300-000 | | 3,446.73 | 45,421.73 |
| 11/02/11 | 001004 | Alexis C. Seisser 415 Prides Run Lake in the Hills, IL  60156 | Wage Claim | 5300-000 | | 1,807.59 | 43,614.14 |
| 11/02/11 | 001005 | Kurt W. Muench 1251 Ridge Rd. Homewood, IL  60430 | Wage Claim | 5300-000 | | 3,619.71 | 39,994.43 |
| | | Page Subtotals | | | 51,878.80 | 11,884.37 | |

Ver: 17.03

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 10-05971  -MB |
| Case Name: | CUTTING EDGE MILLWORK, INC. |
| Taxpayer ID No: | *******2295 |
| For Period Ending: | 12/01/13 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7323  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/02/11 | 001006 | Amanda Nelson 636 S. 3rd St. West Dundee, IL  60118 | Wage Claim | 5300-000 | | 1,096.33 | 38,898.10 |
| 11/02/11 | 001007 | Alan B. Carter 900 S. Lincoln Ave. Park Ridge, IL  60068 | Wage Claim | 5300-000 | | 4,108.18 | 34,789.92 |
| 11/02/11 | 001008 | Amy Metzger 95 N. Lincoln Ave. Carpentersville, IL  60110 | Wage Claim | 5300-000 | | 1,026.12 | 33,763.80 |
| 11/02/11 | 001009 | Juan Carlos Salazar 112 Woodland Ct., Apt. 3D Carpentersville, IL  60110 | Wage Claim | 5300-000 | | 1,315.27 | 32,448.53 |
| 11/02/11 | 001010 | Miguel A. Lechuga 555 Wellington Elgin, IL  60120 | Wage Claim | 5300-000 | | 1,679.41 | 30,769.12 |
| 11/02/11 | 001011 | Jose M. Avitia 41 Vine St. Elgin, IL  60123 | Wage Claim | 5300-000 | | 902.21 | 29,866.91 |
| 11/02/11 | 001012 | Justin Puchalla 337 S. Harrison Ave. Aurora, IL  60506 | Wage Claim | 5300-000 | | 591.33 | 29,275.58 |
| 11/02/11 | 001013 | Anthony M. Sell 7N760 Sycamore Rd. St. Charles, IL  60175 | Wage Claim | 5300-000 | | 1,153.90 | 28,121.68 |
| 11/07/11 | 001014 | Illinois Dept. of Revenue POB 19447 Springfield, IL  62794-9447 | IL Form 941 | 2820-000 | | 2,075.03 | 26,046.65 |
| 11/07/11 | 001015 | Illinois Dept. of Employment Security POB 19300 Springfield, IL  62794 | IL Form UI/340 | 2820-000 | | 2,241.03 | 23,805.62 |

Page Subtotals          0.00          16,188.81

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 30)*

FORM 2

Page: 11

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-05971 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | CUTTING EDGE MILLWORK, INC. | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7323 Checking Account |
| Taxpayer ID No: | *******2295 | | |
| For Period Ending: | 12/01/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 01/27/12 | 001016 | United States Treasury | Form 940, Tax Year 2011 | 2810-000 | | 40.95 | 23,764.67 |
| | 01/30/12 | | IRS | Taxes Due | 2810-000 | | 327.53 | 23,437.14 |
| | 01/30/12 | | IRS | Taxes Due | 2810-000 | | 20,044.77 | 3,392.37 |
| | 01/30/12 | 001017 | George E. Richeson | Tax Preparation | 3410-000 | | 960.00 | 2,432.37 |
| | | | 1450 W. Main, Ste. C | | | | | |
| | | | POB 1416 | | | | | |
| | | | St. Charles, IL 60174 | | | | | |
| * | 01/30/12 | 001018 | IRS | Taxes Due | 2810-003 | | 327.53 | 2,104.84 |
| * | 01/30/12 | 001018 | IRS | Taxes Due | 2810-003 | | -327.53 | 2,432.37 |
| | | | | Issued as check but was wire disbursement | | | | |
| | 03/14/12 | 12 | Cook County Lumber | Unscheduled Preferential Transfer | 1241-000 | 1,500.00 | | 3,932.37 |
| | | | 200 E. 130th St. | | | | | |
| | | | Chicago, IL 60628-6901 | | | | | |
| | 03/14/12 | 12 | Woolf Distributing Co., Inc. | Unscheduled Preferential Transfer | 1241-000 | 2,000.00 | | 5,932.37 |
| | | | 8550 Ridgefiled Rd. | | | | | |
| | | | Crystal Lake, IL 60012 | | | | | |
| | 06/01/12 | 001019 | United States Treasury | 940 Taxes | 5800-000 | | 1,200.00 | 4,732.37 |
| | 11/09/12 | 12 | Jay Rambo Company | Preference Settlement | 1241-000 | 920.00 | | 5,652.37 |
| | 01/03/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 5,652.37 | 0.00 |

| | COLUMN TOTALS | | 56,298.80 | 56,298.80 | 0.00 |
|---|---|---|---|---|---|
| | Less: Bank Transfers/CD's | | 45,000.00 | 5,652.37 | |
| | Subtotal | | 11,298.80 | 50,646.43 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 11,298.80 | 50,646.43 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account - *******9774 | | 58,391.42 | 4,796.27 | 0.00 |
| Money Market Account - *******0129 | | 59.87 | 0.00 | 0.00 |
| Checking Account - *******5675 | | 2,720.00 | 73,381.58 | 0.00 |
| Page Subtotals | | 4,420.00 | 28,225.62 | |

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 31)*

Page:   12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-05971  -MB |
| Case Name: | CUTTING EDGE MILLWORK, INC. |
| Taxpayer ID No: | *******2295 |
| For Period Ending: | 12/01/13 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7323  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account - ********7315 | | 58,405.19 | 2,051.00 | 0.00 |
| | | | Checking Account - ********7323 | | 11,298.80 | 50,646.43 | 0.00 |
| | | | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | | 130,875.28 | 130,875.28 | 0.00 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 32)*